**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>Southern District of Texas</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | CBL & Associates Properties, Inc. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| **3. Debtor's federal Employer Identification Number** (EIN) | 62-1545718 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2030    Hamilton Place Blvd.<br>Number    Street | Number          Street |
| CBL Center, Suite 500 | P.O. Box |
| Chattanooga     Tennessee     37421<br>City          State          ZIP Code | City          State          ZIP Code |
| Hamilton County<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number     Street<br><br>City     State     ZIP Code |

**5. Debtor's website** (URL)     www.cblproperties.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

WEIL:\97619294\3\32626.0003

Debtor    CBL & Associates Properties, Inc.                                  Case number (if known)   20-_____ ( )
          Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
5313 – Activities Related to Real Estate

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of  creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the  Securities and Exchange Commission according to § 13 or 15(d) of the Securities  Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes    District _____    When _____    Case number _____
                                                    MM/ DD/ YYYY

         District _____    When _____    Case number _____
                                                    MM / DD / YYYY

Debtor     CBL & Associates Properties, Inc.                                    Case number (if known)    20-_____ ( _____ )
           _____
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes     Debtor    See Schedule 1                    Relationship    See Schedule 1

List all cases. If more than 1, attach a separate list.

District    Southern District of Texas        When    November 1, 2020
                                                       MM / DD/ YYYY

Case number, if known    _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____
                              Number          Street

                              _____
                              City                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency    _____

                Contact Name    _____

                Phone    _____

---

| **Statistical and administrative information** |
|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor   CBL & Associates Properties, Inc.                                    Case number (if known)   20-_____ ( )
_____
              Name

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets**<br>(on a consolidated basis with all<br>affiliated debtors) | ☐ $0–$50,000<br>☐ $50,001–$100,000<br>☐ $100,001–$500,000<br>☐ $500,001–$1 million | ☐ $1,000,001–$10 million<br>☐ $10,000,001–$50 million<br>☐ $50,000,001–$100 million<br>☐ $100,000,001–$500 million | ☐ $500,000,001–$1 billion<br>☒ $1,000,000,001–$10 billion<br>☐ $10,000,000,001–$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities**<br>(on a consolidated basis with all<br>affiliated debtors) | ☐ $0–$50,000<br>☐ $50,001–$100,000<br>☐ $100,001–$500,000<br>☐ $500,001–$1 million | ☐ $1,000,001–$10 million<br>☐ $10,000,001–$50 million<br>☐ $50,000,001–$100 million<br>☐ $100,000,001–$500 million | ☐ $500,000,001–$1 billion<br>☒ $1,000,000,001–$10 billion<br>☐ $10,000,000,001–$50 billion<br>☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 1, 2020
                        MM / DD / YYYY

✗   /s/ Jeffery V. Curry                                 Jeffery V. Curry
     Signature of authorized representative of            Printed name
     debtor

     Chief Legal Officer and Secretary
     Title

**18. Signature of attorney**

✗   /s/ Alfredo R. Pérez                     Date   November 1, 2020
     Signature of attorney for debtor                  MM / DD / YYYY

     Alfredo R. Pérez                           Ray C. Schrock, P.C.
     Printed Name

     Weil, Gotshal & Manges LLP                 Weil, Gotshal & Manges LLP
     Firm Name

     700 Louisiana, Suite 1700                  767 Fifth Avenue
     Address

     Houston, Texas 77002                       New York, New York 10153
     City/State/Zip

     (713) 546-5000                             (212) 310-8000
     Contact Phone

     alfredo.perez@weil.com                     ray.schrock@weil.com
     Email Address

     15776275                    Texas
     Bar Number                  State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas.

| COMPANY | |
|---|---|
| CBL/Sunrise Commons, L.P. | Kirkwood Mall Acquisition LLC |
| CBL & Associates Properties, Inc. | Kirkwood Mall Mezz LLC |
| CBL Holdings I, Inc. | Layton Hills Mall CMBS, LLC |
| CBL Holdings II, Inc. | Madison Joint Venture, LLC |
| CBL & Associates Limited Partnership | Madison/East Towne, LLC |
| CBL & Associates Management, Inc. | Madison/West Towne, LLC |
| Arbor Place Limited Partnership | Mall del Norte, LLC |
| CBL RM-Waco, LLC | Mayfaire GP, LLC |
| CBL SM-Brownsville, LLC | Mayfaire Town Center, LP |
| CBL/Imperial Valley GP, LLC | MDN/Laredo GP, LLC |
| CBL/Kirkwood Mall, LLC | Mortgage Holdings, LLC |
| CBL/Madison I, LLC | Multi-GP Holdings, LLC |
| CBL/Richland G.P., LLC | Pearland Ground, LLC |
| CBL/Sunrise GP, LLC | Pearland Town Center GP, LLC |
| CBL/Westmoreland I, LLC | Pearland Town Center Limited Partnership |
| CBL/Westmoreland II, LLC | POM-College Station, LLC |
| CBL/Westmoreland, L.P. | Turtle Creek Limited Partnership |
| Cherryvale Mall, LLC | Akron Mall Land, LLC |
| CW Joint Venture, LLC | Alamance Crossing II, LLC |
| Frontier Mall Associates Limited Partnership | Alamance Crossing, LLC |
| Hixson Mall, LLC | APWM, LLC |
| Imperial Valley Mall GP, LLC | Asheville, LLC |
| Imperial Valley Mall II, L.P. | Brookfield Square Joint Venture |
| Imperial Valley Mall, L.P. | Brookfield Square Parcel, LLC |
| JG Winston-Salem, LLC | CBL Eagle Point Member, LLC |

| COMPANY | |
|---|---|
| CBL HP Hotel Member, LLC | CBL/Old Hickory II, LLC |
| CBL Statesboro Member, LLC | CBL/Parkdale Crossing GP, LLC |
| CBL Walden Park, LLC | CBL/Parkdale Crossing, L.P. |
| CBL/Brookfield I, LLC | CBL/Parkdale Mall GP, LLC |
| CBL/Brookfield II, LLC | CBL/Parkdale, LLC |
| CBL/Cherryvale I, LLC | CBL/Penn Investments, LLC |
| CBL/Citadel I, LLC | CBL/Sunrise Commons GP, LLC |
| CBL/Citadel II, LLC | CBL/Sunrise Land, LLC |
| CBL/EastGate I, LLC | CBL/Sunrise XS Land, L.P. |
| CBL/EastGate II, LLC | CBL-840 GC, LLC |
| CBL/EastGate Mall, LLC | Charleston Joint Venture |
| CBL/Fayette I, LLC | Coolsprings Crossing Limited Partnership |
| CBL/Fayette II, LLC | Cross Creek Anchor S GP, LLC |
| CBL/GP Cary, Inc. | Cross Creek Anchor S, LP |
| CBL/GP II, Inc. | D'Iberville CBL Land, LLC |
| CBL/GP V, Inc. | Dakota Square Mall CMBS, LLC |
| CBL/GP VI, Inc. | Development Options, Inc. |
| CBL/GP, Inc. | Dunite Acquisitions, LLC |
| CBL/Gulf Coast, LLC | East Towne Parcel I, LLC |
| CBL/J I, LLC | EastGate Anchor S, LLC |
| CBL/J II, LLC | EastGate Company |
| CBL/Monroeville Expansion I, LLC | Eastland Anchor M, LLC |
| CBL/Monroeville Expansion II, LLC | Eastland Holding I, LLC |
| CBL/Monroeville Expansion III, LLC | Eastland Holding II, LLC |
| CBL/Monroeville Expansion Partner, L.P. | Eastland Mall, LLC |
| CBL/Monroeville Expansion, L.P. | Eastland Member, LLC |
| CBL/Monroeville I, LLC | Fayette Middle Anchor, LLC |
| CBL/Monroeville II, LLC | Fayette Plaza CMBS, LLC |
| CBL/Monroeville III, LLC | GCTC Peripheral IV, LLC |
| CBL/Monroeville Partner, L.P. | Gunbarrel Commons, LLC |
| CBL/Monroeville, L.P. | Hamilton Place Anchor S, LLC |
| CBL/Nashua Limited Partnership | Hammock Landing/West Melbourne, LLC |
| CBL/Old Hickory I, LLC | Hanes Mall Parcels, LLC |

WEIL:\97619294\4\32626.0003

| COMPANY | |
|---|---|
| Harford Mall Business Trust | Pearland-OP Parcel 8, LLC |
| Henderson Square Limited Partnership | Port Orange Holdings II, LLC |
| Hickory Point Outparcels, LLC | Seacoast Shopping Center Limited Partnership |
| Imperial Valley Commons, L.P. | Shoppes at St. Clair CMBS, LLC |
| Imperial Valley Peripheral L.P. | South County Shoppingtown LLC |
| IV Commons, LLC | Southaven Town Center, LLC |
| IV Outparcels, LLC | Southaven Towne Center II, LLC |
| Jefferson Anchor M, LLC | Southpark Mall, LLC |
| Jefferson Anchor S, LLC | Southpark Mall-DSG, LLC |
| Jefferson Mall Company II, LLC | St. Clair Square GP I, LLC |
| JG Gulf Coast Town Center LLC | St. Clair Square Limited Partnership |
| Laurel Park Retail Holding LLC | St. Clair Square SPE, LLC |
| Laurel Park Retail Properties LLC | Stroud Mall, LLC |
| Lexington Joint Venture | Tenn-GP Holdings, LLC |
| LHM-Utah, LLC | The Courtyard at Hickory Hollow Limited Partnership |
| Meridian Mall Limited Partnership | The Landing at Arbor Place II, LLC |
| Mid Rivers Land LLC | The Pavilion at Port Orange, LLC |
| Mid Rivers Mall CMBS, LLC | TN-Land Parcels, LLC |
| Monroeville Anchor Limited Partnership | TX-Land Parcels, LLC |
| Montgomery Partners, L.P. | Valley View Mall SPE, LLC |
| North Charleston Joint Venture II, LLC | Volusia Mall GP, Inc. |
| Northgate SAC, LLC | Volusia Mall Limited Partnership |
| Northpark Mall/Joplin, LLC | Volusia SAC, LLC |
| Old Hickory Mall Venture | Volusia-OP Peripheral, LLC |
| Old Hickory Mall Venture II, LLC | West Towne District, LLC |
| Parkdale Anchor M, LLC | Westgate Crossing Limited Partnership |
| Parkdale Crossing Limited Partnership | WestGate Mall II, LLC |
| Parkdale Mall Associates, L.P. | WestGate Mall Limited Partnership |
| Parkdale Mall, LLC | WI-Land Parcels, LLC |
| Parkway Place Limited Partnership | York Galleria Limited Partnership |
| Parkway Place SPE, LLC | |

WEIL:\97619294\4\32626.0003

Official Form 201A (12/15)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CBL & ASSOCIATES** | § | |
| **PROPERTIES, INC.,** | § | **Case No. 20- _____ (●)** |
| | § | |
| Debtor. | § | |
| | § | |

**Attachment to Voluntary Petition for
Non-Individuals Filing for Bankruptcy under Chapter 11**

     1.     If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>1-12494</u>.

     2.     The following financial data is the latest available information and refers to the debtor's condition on September 30, 2020.

     a. Total assets     $ <u>1,421,285</u>

     b. Total debts (including debts listed in 2.c., below)     $ <u>70,592</u>[1]

     c. Debt securities held by more than 500 holders:     <u>N/A</u>

| | | | | Approximate number of holder |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

| | |
|---|---|
| Number of shares of preferred stock [Series D] | 1,815,000 |
| Number of shares of preferred stock [Series E] | 690,000 |
| Number of shares common stock | 195,765,021 |

Comments, if any:

_____
_____

     3.     Brief description of debtor's business: CBL & Associates Properties, Inc. ("CBL"), a Delaware corporation, is a self-managed, self-administered, fully integrated real estate investment trust ("REIT") that is engaged in the ownership, development, acquisition, leasing, management and operation of regional shopping malls, open-air and mixed-use centers, outlet centers, associated centers, community centers, and office properties.

---

[1] This figure represents accounts payable and accrued liabilities.

       4.       List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

<div align="center">

Charles B. Lebovitz[2]

Exeter Capital Investors, L.P.[3]

Charles Schwab Investment Management, Inc.

</div>

---

[2]    Ownership for Charles B. Lebovitz includes: shares owned directly by Charles B. Lebovitz; shares held in trust for the benefit of his grandchildren (of which Mr. Lebovitz disclaims beneficial ownership); shares beneficially owned by CBL & Associates Properties, Inc.'s predecessor, CBL & Associates, Inc., which Mr. Lebovitz may be deemed to beneficially own by virtue of his control of CBL & Associates Properties, Inc.'s predecessor; and shares of common stock owned by College Station Associates, an entity controlled by Mr. Lebovitz.

[3]    Each of Exeter Capital Investors, L.P, Exeter Capital GP LLC ("GP") (the general partner of Exeter), WEM Exeter LLC (the managing member of GP), and Michael L. Ashner have indicated they possessed shared voting and shared dispositive power with respect to reported shares.

WEIL:\97627813\6\32626.0003

## CERTIFICATE OF
## CORPORATE RESOLUTIONS

### CBL & ASSOCIATES PROPERTIES, INC.

The undersigned, being the duly appointed Secretary of CBL & Associates Properties, Inc., a Delaware corporation ("CBL"), does hereby certify on behalf of CBL, in such capacity and not individually and without assuming any personal liability, the following:

1. Attached hereto as Exhibit A is a true, correct and complete copy of the resolutions duly adopted by the Board of Directors of CBL at a duly-called meeting of the Board of Directors of CBL on November 1, 2020 and such resolutions have not been rescinded and are still in full force and effect as of the date hereof.

[Remainder of page intentionally left blank]

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate to be effective as of this 1st day of November, 2020.

CBL & ASSOCIATES PROPERTIES, INC.

Jeffery V. Curry
Chief Legal Officer and Secretary

## EXHIBIT A

## RESOLUTIONS OF CBL & ASSOCIATES PROPERTIES, INC.

**WHEREAS**, the board of directors (the "Board") of CBL & Associates Properties, Inc., a Delaware corporation (the "Company"), has reviewed and has had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses;

**WHEREAS**, the Board has had the opportunity to consult with the Company's management and the legal and financial advisors of the Company to fully consider, and have considered, the strategic alternatives available to the Company; and

**WHEREAS**, the Board believes that taking the actions set forth below are in the best interests of the Company and, therefore, desires to approve the following resolutions.

### I.    Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined, after due consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that Charles B. Lebovitz as Chairman of the Board, Stephen D. Lebovitz as Chief Executive Officer, Michael I. Lebovitz as President, Farzana Khaleel as Executive Vice President – Chief Financial Officer, Jeffery V. Curry as Chief Legal Officer and Katie Reinsmidt as Executive Vice President – Chief Investment Officer, or any one of them (each such person, an "Authorized Person"), acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, to negotiate, execute, deliver and file with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such

Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 cases (collectively, the "Chapter 11 Cases") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II.   Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Cases, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Company, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Moelis & Company, located at 399 Park Avenue, 5th Floor, New York, NY 10022, is hereby retained as investment banker for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Berkeley Research Group, LLC, located at 99 High Street, 27th Floor, Boston, MA 02110, is hereby retained as financial

advisor for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, New York 10017, is hereby retained as claims agent for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

### III.   General Authority and Ratification

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and be it further

**RESOLVED**, that the preceding resolutions shall be effective as of the date hereof.

**Fill in this information to identify the case:**

Debtor name: <u>CBL & Associates Properties, Inc.</u>

United States Bankruptcy Court for the <u>Southern District of Texas</u>
<div style="text-align:center">(State)</div>

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Delaware Trust Company as Indenture Trustee Attn.:  Michelle Dreyer, Corporate Trust Administration 251 Little Falls Drive Wilmington, Delaware 19808 | Attn.:  Michelle Dreyer, Corporate Trust Administration Phone: (866) 403-5272 Facsimile:  (302) 636 5454 Email: michelle.dreyer@cscgfm.com | Unsecured Notes | | | | $1,381,900,000.00 |
| 2 | Husch Blackwell LLP Attn.:  Ron Feldman P.O. Box 790379 St. Louis, Missouri 63179 | Attn.:  Ron Feldman Phone: (423) 266-5500 Email: remit@huschblackwell.com | Legal Services | | | | $126,807.48 |
| 3 | CCI Construction of SC Inc. Attn.:  Derick Owens 130 Venture Boulevard., Suite 1 Spartanburg, South Carolina 29306-3801 | Attn.:  Derick Owens Phone: (864) 587-0852 Email: cciderek@yahoo.com | Trade Payable | | | | $93,596.00 |
| 4 | ERMC LLC Attn.:  Tamie Morgan 2226 Encompass Drive, Suite 116 Chattanooga, Tennessee 37421-1576 | Attn.:  Tamie Morgan Phone: (423) 899-2753 Email: tamie.morgan@ermc2.com | Trade Payable | | | | $58,865.90 |
| 5 | Recycling & Waste Solutions LLC Attn.:  Nancy Settle 3 Dickinson Drive, Suite 103 Brandywine 4 Building Chadds Ford, Pennsylvania 19317 | Attn.:  Nancy Settle Phone: (484) 849-7027 Email: nsettle@rwsfacilityservices.com | Trade Payable | | | | $50,789.94 |
| 6 | SecurAmerica LLC Attn.:  Tamie Morgan 3399 Peachtree Road, NE, Suite 1500 Atlanta, Georgia 30326-1151 | Attn.:  Tamie Morgan Phone: (404) 926-4222 Email: tamie.morgan@ermc2.com | Trade Payable | | | | $37,158.38 |
| 7 | Charleston County Attn.:  Mary Tinkler 4045 Bridge View Drive North Charleston, South Carolina 29405 | Attn.:  Mary Tinkler Phone: (843) 202-6080 Email: stormwater@charlestoncounty.org | Trade Payable | | | | $35,231.80 |

[1]  The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtor and its affiliated debtors (the "Debtors").  The list reflects amounts from the Debtors' books and records as of October 29, 2020.

WEIL:\97619294\4\32626.0003

| Debtor | CBL & Associates Properties, Inc. | Case number (if known) | 20-_____ ( ) |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
| --- | --- | --- | --- | --- |
| 8  Subway Real Estate LLC Attn.: Christopher Ferguson 325 Sub Way Milford, Connecticut 06461-3081 | Attn.: Christopher Ferguson Phone: (800) 888-4848 Email: Ferguson_c@subway.com | Trade Payable | | $30,000.00 |
| 9  Miller-McCoy, Inc. Attn.: R. Wayne McCoy 915 Creekside Road Chattanooga, Tennessee 37406 | Attn.: R. Wayne McCoy Phone: (423) 698-2661 Email: rmccoy@millermccoy.com | Trade Payable | | $23,861.47 |
| 10  Jones Lang LaSalle Brokerage Inc. Attn.: Marti Johnson 200 E. Randolph Street, Suite 4300 Chicago, Illinois 60601-6519 | Attn.: Marti Johnson Phone: (251) 301-7248 Email: Marti.Johnson@am.jll.com | Trade Payable | | $23,848.00 |
| 11  Boen Plumbing Inc. Attn.: Stephanie Boen P.O. Box 21803 Waco, Texas 76702 | Attn.: Stephanie Boen Phone: (254) 757-2500 Email: boenplumbing@sbcglobal.net | Trade Payable | | $19,173.45 |
| 12  KONE Inc. Attn.: Paula Royer P.O. Box 3491 Carol Stream, Illinois 60132-3491 | Attn.: Paula Royer Phone: (877) 276-8691 Email: Paula.Royer@kone.com | Trade Payable | | $16,477.90 |
| 13  Western Specialty Contractors Attn.: Carter Pogue 7401 Alabama Avenue St. Louis, Missouri 63111 | Attn.: Carter Pogue Phone: (314) 773-8813 Email: daveec@westerngroup.com | Trade Payable | | $15,435.00 |
| 14  Piedmont Property Services, Inc. Attn.: P. Smaatt 404 Old Thomasville Road High Point, North Carolina 27260 | Attn.: P. Smaatt Phone: (336) 886-6393 Email: ppsmatt@northstate.net | Trade Payable | | $12,827.48 |
| 15  Palmetto Door Controls & Glass LLC Attn.: Heather Latshaw 1284 Surfside Industrial Park Surfside, South Carolina 29575 | Attn.: Heather Latshaw Phone: (843) 839-0923 Email: heather@palmettodoorcontrols.com | Trade Payable | | $12,353.35 |
| 16  Brite Ideas Contracting, LLC Attn.: John Gingow 2156 Fineview Drive York, Pennsylvania 17406 | Attn.: John Gingow Phone: (717) 575-9402 Email: johnsbriteideas@gmail.com | Trade Payable | | $12,062.50 |
| 17  Trane U.S. Inc. Attn.: Sam Shore P.O. Box 406469 Atlanta, Georgia 30384-6469 | Attn.: Sam Shore Phone: (423) 296-1506 Email: smshore@trane.com | Trade Payable | | $10,526.13 |
| 18  Champions Real Estate Group LLC Attn.: Lin Teng 6117 Richmond Avenue, Suite 120 Houston, Texas 77057-6267 | Attn.: Lin Teng Phone: (713) 847-6666 Email: lin@bellairefoodstreet.com | Trade Payable | | $10,466.16 |
| 19  Trimmers Holiday Décor Attn.: Dale Norwine 2650 59th Street Sarasota, Florida 34243 | Attn.: Dale Norwine Phone: (941) 355-6655 Email: dale@trimmershd.com | Trade Payable | | $9,643.38 |
| 20  Foxhill Construction LLC Attn.: Joe Jones 139 Dogwood Lane Hampstead, North Carolina 28443 | Attn.: Joe Jones Phone: (919) 384-6535 Email: joe@foxhillconstruction.com | Trade Payable | | $9,000.00 |

WEIL:\97619294\4\32626.0003

Debtor   CBL & Associates Properties, Inc.                                    Case number (if known)   20-_____ ( )
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 21 | Florida Bulb & Ballast Inc. Attn.: Karen Jones 1617 Cooling Street Melbourne, Florida 32935-5905 | Attn.: Karen Jones Phone: (321) 259-7882 Email: customerservice@flabulb.com | Trade Payable | | | | $8,109.90 |
| 22 | Schindler Elevator Corporation Attn.: David O'Brien P.O. Box 93050 Chicago, Illinois 60673-3050 | Attn.: David O'Brien Phone: (864) 627-5332 Fax: (412) 578-6600 | Trade Payable | | | | $7,855.28 |
| 23 | A & H Mechanical Contracting, Inc. Attn.: Cindy P.O. Box 38 Collinsville, Illinois 62234 | Attn.: Cindy Phone: (618) 874-5588 Email: cindy@ahmech.com | Trade Payable | | | | $6,765.00 |
| 24 | SoCo Services, LLC. Attn.: Chris 1001 Springwood Avenue, Unit #2 Gibsonville, North Carolina 27249 | Attn.: Chris Phone: (336) 446-1334 Email: socoservices@yahoo.com | Trade Payable | | | | $6,363.00 |
| 25 | AFL Network Services Inc. Attn.: Carolyn Price P.O. Box 896112 Charlotte, North Carolina 28283 | Attn.: Carolyn Price Phone: (800) 368-1034 Email: carolyn.price@aflglobal.com | Trade Payable | | | | $6,300.86 |
| 26 | DCO Construction LLC Attn.: Eladio Cuellar 50 E. Elizabeth Street Brownsville, Texas 78520 | Attn.: Eladio Cuellar Phone: (956) 521-2578 Email: Ecuellardesigns@yahoo.com | Trade Payable | | | | $5,500.00 |
| 27 | The Wilbert Group Attn.: M. Braykovich 1718 Peachtree Street, Suite 1048 Atlanta, Georgia 30309-2422 | Attn.: M. Braykovich Phone: (404) 343-4080 Email: mbraykovich@thewilbertgroup.com | Trade Payable | | | | $5,250.00 |
| 28 | JennMack Group LLC Attn.: Jennifer Irving 1327 Brewer Road Winston Salem, North Carolina 27127 | Attn.: Jennifer Irving Phone: (412) 953-9827 Email: brisbanegroup99@yahoo.com | Trade Payable | | | | $5,230.00 |
| 29 | Gettle Incorporated Attn.: Elizabeth Bair 325 Busser Road P.O. Box 337 Emigsville, Pennsylvania 17318-0337 | Attn.: Elizabeth Bair Phone: (717) 843-1231 Email: ebair@gettle.com | Trade Payable | | | | $5,142.00 |
| 30 | Nauman Mechanical Inc. Attn.: Nicole Foleno P.O. Box 407 Stroudsburg, Pennsylvania 18360 | Attn.: Nicole Foleno Phone: (570) 476-7606 Email: nicole@naumaninc.com | Trade Payable | | | | $4,850.00 |

WEIL:\97619294\4\32626.0003

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

-------------------------------------------------------------- §
                                      §

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **CBL & ASSOCIATES PROPERTIES, INC.,** | § | **Case No. 20– _____ (     )** |
| | § | |
| **Debtor.** | § | |
| | § | |

-------------------------------------------------------------- §

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in CBL & Associates Limited Partnership (the "**Operating Partnership**") and its debtor and non-debtor subsidiaries[1].  Pursuant to Rule 1007(a)(3) of the Bankruptcy Rules, the organizational chart identifies all holders having an equity interest in the above-captioned debtor in possession.

As set forth on Exhibit A, CBL & Associates Properties, Inc. (the "**REIT**") owns 100% of the outstanding equity interests of CBL Holdings I, Inc. ("**Holdings I**") and CBL Holdings II, Inc. ("**Holdings II**").

Holdings I and Holdings II own approximately 1% and 96%, respectively, of the outstanding common units of the Operating Partnership.  The remaining approximately 3% of the outstanding common units, including three (3) series of special common units, issued by the Operating Partnership are held by various third parties.[2]

---

[1] Exhibit A does not reflect any inactive subsidiaries of CBL & Associates Properties, Inc.

[2] The Series S special common units are held by entities involved in the Monroeville Mall acquisition (0.77%).  The Series L special common units are held by one entity involved in the Laurel Park Mall acquisition (0.28%).  The Series K special common units are held by entities that were involved in the acquisition of the Copaken Portfolio (0.43%).

Holdings II owns 100% of the preferred units issued by the Operating Partnership.

Except as set forth in the following sentence, the Operating Partnership owns, either directly or indirectly, 100% of the outstanding equity interests in the remaining Debtors. The REIT owns (i) 0.1% of the equity interests in CoolSprings Crossing Limited Partnership and (ii) less than 0.05% of the equity interests in Henderson Square Limited Partnership.

**<u>Exhibit A</u>**

**Organizational Chart**



# UPPER TIER OWNERSHIP & KEY

1

---

**Colors**

- Owns Unencumbered Property
- Owns Property in Wells Fargo Borrowing Base
- Owns Property with Recourse Debt
- Owns Property with Non-recourse Debt

**Items**

- Non-member Manager - - →
- Equity Ownership →
- Property Name
- Note
- Debtor D

**Shapes**

- Third Party
- Non-JV Entity
- Joint Venture

**Abbreviations**

- CM—Chief Manager
- GP—General Partner
- MGP—Managing General Partner
- MM—Managing Member

**Ownership**

- CBL & Associates Limited Partnership →
- CBL & Associates Management, Inc. →
- Mortgage Holdings, LLC →

**Credit Facility**

- Grantor G
- Issuer I
- Pledged Subsidiary S
- Pledgor P

**Bonds**

- Guarantor U
- Issuer I
- Limited Guarantor L

**General Notes**

1. Ownership assumed to be 100% unless otherwise noted.
2. Unless entity has only one member, ownership is assumed to be non-controlling unless otherwise noted.
3. CBL & Associates Management, Inc. owns various unencumbered parcels that have not been noted on this chart.
4. These charts exclude certain inactive subsidiaries of CBL & Associates Properties, Inc. that do not currently own assets or engage in business activity.

# CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES



2

CBL & Associates Limited Partnership's ownership of Frontier Square shown on this page only

CBL & Associates Limited Partnership (DE)

D
P
I

**Frontier Square**

| | | | |
|---|---|---|---|
| **D** Fayette Middle Anchor, LLC (KY) | **D** Alamance Crossing II, LLC (NC) | **D** APWM, LLC (GA) | **D** Brookfield Square Parcel, LLC (WI) |
| Fayette Mall—Sears Renovation | Alamance Crossing—West | Arbor Place—APWM, LLC | Brookfield Square—Lifestyle Center |
| **D** Akron Mall Land, LLC (DE) | **D** Dakota Square Mall CMBS, LLC (DE) | **D** East Towne Parcel I, LLC (WI) | **D** EastGate Anchor S, LLC (OH) |
| Chapel Hill Land | Dakota Square | East Towne Mall—Parcel | EastGate Mall—Sears |
| **D** Eastland Anchor M, LLC (IL) | **D** Volusia SAC, LLC (FL) | **D** D'Iberville CBL Land, LLC (MS) | **D** Gunbarrel Commons, LLC (TN) |
| Eastland Mall—Macy's | Volusia—Sears TBA | Gulf Coast Galleria | Gunbarrel Pointe |
| **D** Hamilton Place Anchor S, LLC (DE) | **D** Hanes Mall Parcels, LLC (NC) | **D** Northpark Mall/Joplin, LLC (DE) | **D** Jefferson Anchor S, LLC (KY) |
| Hamilton Place—Sears | Hanes Mall—Restaurants | Northpark Mall | Jefferson Mall—Sears |
| **D** The Landing at Arbor Place II, LLC (DE) | **D** LHM-Utah, LLC (DE) | **D** TN-Land Parcels, LLC (TN) | **D** Northgate SAC, LLC (TN) |
| The Landing at Arbor Place | Layton Hills Mall—Outparcel II | Northgate Mall—Outparcel | Northgate Mall Sears TBA—Outparcels |

## CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES





## CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

7



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

8



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

9



## MADISON JOINT VENTURE, LLC &
## CBL/J I, LLC SUBSIDIARIES

10



# CBL/J II, LLC & MORTGAGE HOLDINGS, LLC SUBSIDIARIES

11



# MORTGAGE HOLDINGS, LLC
## SUBSIDIARIES



**CBL & Associates Limited Partnership (DE)**

D
P
I

**GP—99.9209%**

**MM—99.9%**

**GP—99.9%**

**GP—99.9%**

**GP—99.92%**

**D**  **U P**
**Mortgage Holdings, LLC (DE)**

—0.0791%

—0.1%

—0.1%

—0.1%

0.8%

**D**
CBL/Nashua Limited Partnership (NH)

**D**  **U S**
**Frontier Mall Associates Limited Partnership (WY)**

**Frontier Mall**

**D**  **U S**
**Turtle Creek Limited Partnership (MS)**

**Turtle Creek Mall**

**D**
Seacoast Shopping Center Limited Partnership (NH)

**D**
**Harford Mall Business Trust (MD)**

• **Harford Mall**
• **Harford Mall—Annex**

**D**
Southpark Mall, LLC (VA)

**D**  **U S**
**POM-College Station, LLC (TX)**

**Post Oak Mall & Phase III**

**D**
**Valley View Mall SPE, LLC (DE)**

**Valley View Mall**

**Southpark Mall CMBS, LLC (DE)**

**Southpark Mall**

**CM**

# MULTI-GP HOLDINGS, LLC
## SUBSIDIARIES



# MULTI-GP HOLDINGS, LLC
## SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC.
## SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES

16



# CBL & ASSOCIATES MANAGEMENT, INC.
## SUBSIDIARIES

17



18

# CBL & ASSOCIATES LIMITED PARTNERSHIP
# 3RD PARTY



# CBL & ASSOCIATES LIMITED PARTNERSHIP
# 3RD PARTY

19



# CBL & ASSOCIATES MANAGEMENT, INC.
## 3RD PARTY

20



# CBL & ASSOCIATES MANAGEMENT, INC.
## 3RD PARTY



22

# CBL & ASSOCIATES MANAGEMENT, INC.
# 3RD PARTY



# CBL/T-C, LLC
## 3RD PARTY













# MISCELLANEOUS
# 3RD PARTY

25

MISCELLANEOUS
3RD PARTY
D
P
I
CBL & Associates Limited Partnership (DE)
CBL Louisville Member, LLC (KY)
D
CBL & Associates Management, Inc. (DE)
CBL Woodstock Member, LLC (GA)
Pleasant Lake-Skoien Investments, LLC (DE)
MM—50%
7.389%
CBL Louisville Outparcel Member, LLC (KY)
CBL Woodstock Outparcel Member, LLC (GA)
Pleasant Lake Apts., LP (OH)
MM—65%
MM—65%
7.611%
Horizon Louisville Outlets, LLC (DE)
MM—75%
Horizon Atlanta Outlet Shoppes, LLC (DE)
35%
35%
25%
35%
Louisville Outlet Shoppes, LLC (DE)
Louisville Outlet Outparcels, LLC (DE)
Atlanta Outlet Outparcels, LLC (DE)
Atlanta Outlet JV, LLC (DE)
• Outlet Shoppes of the Bluegrass—OP
• Outlet Shoppes of the Bluegrass—OP Tract 11
Outlet Shoppes of the Bluegrass—OP Tract 8
Outlet Shoppes at Atlanta—Outparcels
Outlet Shoppes at Atlanta—Tract 1B
CM
CM
Bluegrass Outlet Shoppes CMBS, LLC (DE)
Bluegrass Outlet Shoppes II, LLC (KY)
Atlanta Outlet Shoppes II, LLC (DE)
Atlanta Outlet Shoppes, LLC (DE)
Outlet Shoppes of the Bluegrass
Outlet Shoppes of the Bluegrass—Phase II
Outlet Shoppes at Atlanta—Parcel
Outlet Shoppes at Atlanta

# MISCELLANEOUS 3RD PARTY

27

# MISCELLANEOUS 3RD PARTY

# MISCELLANEOUS 3RD PARTY

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **CBL & ASSOCIATES** | § | **Case No. 20- _____ (●)** |
| **PROPERTIES, INC.,** | § | |
| | § | |
| Debtor. | § | |

**LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)[1]**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession.

Check applicable box:

☒      There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒      The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Charles B. Lebovitz<br>2030 Hamilton Place Blvd.<br>CBL Center, Suite 500<br>Chattanooga, Tennessee 37421 | Common Stock | 8.82%[2] |

---

[1]   This list reflects holders of five percent or more of CBL & Associates Properties, Inc.'s common stock, as of the dates listed in the following footnotes.  The calculation is based on a total of 195,765,021 shares of common stock outstanding as of September 30, 2020.  This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  By separate motion filed contemporaneously herewith, the Debtor is requesting a waiver of the requirement under Rule 1007 to file a list of all its equity security holders.

[2]   The above percentage includes 1,030,915 shares owned directly by Charles B. Lebovitz; 26,052 shares held in trust for the benefit of his grandchildren (of which Mr. Lebovitz disclaims beneficial ownership), of which Mr. Lebovitz may be deemed to share voting and investment power; 15,729,379 shares beneficially owned by CBL & Associates Properties, Inc.'s predecessor, CBL & Associates, Inc., which Mr. Lebovitz may be deemed to beneficially own by virtue of his control of CBL & Associates Properties, Inc.'s predecessor; and 489,071

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Exeter Capital Investors, L.P.<br>7 Bulfinch Place, Suite 500<br>Boston, MA 02114 | Common Stock | 7.79%[3] |
| Charles Schwab Investment Management, Inc.<br>211 Main Street<br>San Francisco, CA 94105 | Common Stock | 7.01%[4] |

---

shares of common stock owned by College Station Associates, an entity controlled by Mr. Lebovitz.  This information is current as of September 9, 2020.

[3]    The above percentage includes 15,216,909 shares held directly by Exeter Capital Investors, L.P. ("Investors").  33,091 shares are held by Michael L. Ashner ("Ashner") for the benefit of Investors.  The general partner of Investors is Exeter Capital GP LLC ("GP"), the managing member of which is WEM Exeter LLC ("WEM").  Ashner is the managing member of WEM.  On a fully diluted basis, Ashner owns 2,045,153 of the shares owned by Investors.  This information is current as of March 19, 2020.

[4]    This information is current as of September 30, 2020.

WEIL:\97691128\2\32626.0003

**Fill in this information to identify the case:**

Debtor name: <u>CBL & Associates Properties, Inc.</u>

United States Bankruptcy Court for the <u>Southern District of Texas</u>
                                                              (State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration <u>Consolidated Corporate Ownership Statement and List of Equity Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>November 1, 2020</u>          **X** <u>/s/ Jeffery V. Curry</u>
              MM / DD /YYYY                      Signature of individual signing on behalf of debtor

                                                 <u>Jeffery V. Curry</u>
                                                 Printed name

                                                 <u>Chief Legal Officer and Secretary</u>
                                                 Position or relationship to debtor