**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **CBL & ASSOCIATES PROPERTIES, INC.,** § | **Case No. 20-35226 (DRJ)** | |
| § | | |
| **Debtor.** § | **(Emergency Hearing Requested)** | |
| § | | |
| **Fed. Tax Id. No.    62-1545718** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **CBL/SUNRISE COMMONS, L.P.,** § | **Case No. 20-35225 (DRJ)** | |
| § | | |
| **Debtor.** § | **(Emergency Hearing Requested)** | |
| § | | |
| **Fed. Tax Id. No.    N/A** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **CBL HOLDINGS I, INC.,** § | **Case No. 20-_____ (●)** | |
| § | | |
| **Debtor.** § | **(Emergency Hearing Requested)** | |
| § | | |
| **Fed. Tax Id. No.    N/A** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **CBL HOLDINGS II, INC.,** § | **Case No. 20-_____ (●)** | |
| § | | |
| **Debtor.** § | **(Emergency Hearing Requested)** | |
| § | | |
| **Fed. Tax Id. No.    N/A** § | | |
| ------------------------------------------------------ § | | |
| **In re:** § | **Chapter 11** | |
| § | | |
| **CBL & ASSOCIATES LIMITED PARTNERSHIP,** § | **Case No. 20-_____ (●)** | |
| § | | |
| **Debtor.** § | **(Emergency Hearing Requested)** | |
| § | | |
| **Fed. Tax Id. No.    62-1542285** § | | |
| ------------------------------------------------------ § | | |

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| CBL & ASSOCIATES MANAGEMENT, § | Case No. 20-_____ (●) | |
| INC., § | | |
| § | (Emergency Hearing Requested) | |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.    62-1542279 § | | |
| ------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| AKRON MALL LAND, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| ALAMANCE CROSSING II, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| ALAMANCE CROSSING, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | Chapter 11 | |
| § | | |
| APWM, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **ARBOR PLACE LIMITED PARTNERSHIP,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **ASHEVILLE, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **BROOKFIELD SQUARE JOINT VENTURE,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **BROOKFIELD SQUARE PARCEL, LLC** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **CBL EAGLE POINT MEMBER, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     82-0802648 § | | |
| ------------------------------------------------------------ § | | |

3

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL HP HOTEL MEMBER, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL RM-WACO, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL SM-BROWNSVILLE, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL STATESBORO MEMBER, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     26-2813210 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL WALDEN PARK, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/BROOKFIELD I, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/BROOKFIELD II, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/CHERRYVALE I, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/CITADEL I, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/CITADEL II, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/EASTGATE I, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/EASTGATE II, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/EASTGATE MALL, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/FAYETTE I, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/FAYETTE II, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/GP CARY, INC., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1607815 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/GP II, INC., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1589020 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/GP V, INC., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1624633 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/GP VI, INC., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1648164 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/GP, INC., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1553520 § | | |
| ---------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| CBL/GULF COAST, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| CBL/IMPERIAL VALLEY GP, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| CBL/J I, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| CBL/J II, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------ § | | |
| In re: § | Chapter 11 | |
| § | | |
| CBL/KIRKWOOD MALL, LLC, § | Case No. 20-_____ (●) | |
| § | | |
| Debtor. § | (Emergency Hearing Requested) | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------ § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/MADISON I, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/MONROEVILLE EXPANSION I, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/MONROEVILLE EXPANSION II, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/MONROEVILLE EXPANSION III, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| CBL/MONROEVILLE EXPANSION PARTNER, L.P., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |

```
-------------------------------------------------- §
In re:                                             §         Chapter 11
                                                   §
CBL/MONROEVILLE EXPANSION, L.P.,                   §         Case No. 20-_____ (●)
                                                   §
                              Debtor.              §         (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §         Chapter 11
                                                   §
CBL/MONROEVILLE I, LLC,                            §         Case No. 20-_____ (●)
                                                   §
                              Debtor.              §         (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §         Chapter 11
                                                   §
CBL/MONROEVILLE II, LLC,                           §         Case No. 20-_____ (●)
                                                   §
                              Debtor.              §         (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §         Chapter 11
                                                   §
CBL/MONROEVILLE III, LLC,                          §         Case No. 20-_____ (●)
                                                   §
                              Debtor.              §         (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §         Chapter 11
                                                   §
CBL/MONROEVILLE PARTNER, L.P.,                     §         Case No. 20-_____ (●)
                                                   §
                              Debtor.              §         (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
```

WEIL:\97691496\1\32626.0003

```
-------------------------------------------------- §
In re:                                             §          Chapter 11
                                                   §
CBL/MONROEVILLE, L.P.,                             §          Case No. 20-_____  (●)
                                                   §
                             Debtor.              §          (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §          Chapter 11
                                                   §
CBL/NASHUA LIMITED PARTNERSHIP,                    §          Case No. 20-_____  (●)
                                                   §
                             Debtor.              §          (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §          Chapter 11
                                                   §
CBL/OLD HICKORY I, LLC,                            §          Case No. 20-_____  (●)
                                                   §
                             Debtor.              §          (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §          Chapter 11
                                                   §
CBL/OLD HICKORY II, LLC,                           §          Case No. 20-_____  (●)
                                                   §
                             Debtor.              §          (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
In re:                                             §          Chapter 11
                                                   §
CBL/PARKDALE CROSSING GP, LLC,                     §          Case No. 20-_____  (●)
                                                   §
                             Debtor.              §          (Emergency Hearing Requested)
                                                   §
Fed. Tax Id. No.      N/A                          §
-------------------------------------------------- §
```

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/PARKDALE CROSSING, L.P., | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/PARKDALE MALL GP, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/PARKDALE, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/PENN INVESTMENTS, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/RICHLAND G.P., LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **CBL/SUNRISE COMMONS GP, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **CBL/SUNRISE GP, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **CBL/SUNRISE LAND, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **CBL/SUNRISE XS LAND, L.P.,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ----------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **CBL/WESTMORELAND I, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ----------------------------------------------------------- | § | |

13

| | | |
|---|---|---|
| ------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/WESTMORELAND II, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL/WESTMORELAND, L.P., | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CBL-840 GC, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CHARLESTON JOINT VENTURE, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| CHERRYVALE MALL, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **COOLSPRINGS CROSSING LIMITED** | § | **Case No. 20-_____ (●)** |
| **PARTNERSHIP,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.   62-1263498 | § | |
| ------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **CROSS CREEK ANCHOR S GP, LLC,** | § | **Case No. 20-_____ (●)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **CROSS CREEK ANCHOR S, LP,** | § | **Case No. 20-_____ (●)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **CW JOINT VENTURE, LLC,** | § | **Case No. 20-_____ (●)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **D'IBERVILLE CBL LAND, LLC,** | § | **Case No. 20-_____ (●)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| DAKOTA SQUARE MALL CMBS, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| DEVELOPMENT OPTIONS, INC., | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      62-1553523 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| DUNITE ACQUISITIONS, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EAST TOWNE PARCEL I, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTGATE ANCHOR S, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |

16

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTGATE COMPANY, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTLAND ANCHOR M, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTLAND HOLDING I, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      20-4411938 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTLAND HOLDING II, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      20-4412067 | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTLAND MALL, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| EASTLAND MEMBER, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    20-4411665 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| FAYETTE MIDDLE ANCHOR, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| FAYETTE PLAZA CMBS, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| FRONTIER MALL ASSOCIATES LIMITED PARTNERSHIP, | § | Case No. 20-_____ (●) |
| | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| GCTC PERIPHERAL IV, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------ § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| GUNBARREL COMMONS, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HAMILTON PLACE ANCHOR S, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HAMMOCK LANDING/WEST § | | Case No. 20-_____ (●) |
| MELBOURNE, LLC, § | | |
| § | | (Emergency Hearing Requested) |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.     26-3045870 § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HANES MALL PARCELS, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| HARFORD MALL BUSINESS TRUST, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ---------------------------------------------------------- § | | |

19

| | | |
|---|---|---|
| ---------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **HENDERSON SQUARE LIMITED** | § | Case No. 20-_____ (●) |
| **PARTNERSHIP,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     62-1558125 | § | |
| ---------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **HICKORY POINT OUTPARCELS, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **HIXSON MALL, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **IMPERIAL VALLEY COMMONS, L.P.,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------- § | | |
| In re: | § | **Chapter 11** |
| | § | |
| **IMPERIAL VALLEY MALL GP, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------- § | | |

| | | |
|---|---|---|
| ----------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **IMPERIAL VALLEY MALL II, L.P.,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ----------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **IMPERIAL VALLEY MALL, L.P.,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ----------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **IMPERIAL VALLEY PERIPHERAL L.P.,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ----------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **IV COMMONS, LLC** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ----------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **IV OUTPARCELS, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ----------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **JEFFERSON ANCHOR M, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **JEFFERSON ANCHOR S, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **JEFFERSON MALL COMPANY II, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **JG GULF COAST TOWN CENTER LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **JG WINSTON-SALEM, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| KIRKWOOD MALL ACQUISITION LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| KIRKWOOD MALL MEZZ LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| LAUREL PARK RETAIL HOLDING LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     20-2840449 § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| LAUREL PARK RETAIL PROPERTIES LLC, § | | Case No. 20-_____ (●) |
| § | | (Emergency Hearing Requested) |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| LAYTON HILLS MALL CMBS, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------- § | | |

23

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **LEXINGTON JOINT VENTURE,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **LHM-UTAH, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **MADISON JOINT VENTURE, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **MADISON/EAST TOWNE, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **MADISON/WEST TOWNE, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |

24

| | | |
|---|---|---|
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| MALL DEL NORTE, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| MAYFAIRE GP, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| MAYFAIRE TOWN CENTER, LP, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| MDN/LAREDO GP, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| MERIDIAN MALL LIMITED § | | Case No. 20-_____ (●) |
| PARTNERSHIP, § | | |
| § | | (Emergency Hearing Requested) |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **MID RIVERS LAND LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **MID RIVERS MALL CMBS, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **MONROEVILLE ANCHOR LIMITED** § | | Case No. 20-_____ (●) |
| **PARTNERSHIP,** § | | |
| § | | (Emergency Hearing Requested) |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **MONTGOMERY PARTNERS, L.P.,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1654995 § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **MORTGAGE HOLDINGS, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |

26

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **MULTI-GP HOLDINGS, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **NORTH CHARLESTON JOINT VENTURE II, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **NORTHGATE SAC, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **NORTHPARK MALL/JOPLIN, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **OLD HICKORY MALL VENTURE,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

```
-----------------------------------------  §
In re:                                     §        Chapter 11
                                           §
OLD HICKORY MALL VENTURE II, LLC,          §        Case No. 20-_____  (●)
                                           §
                      Debtor.              §        (Emergency Hearing Requested)
                                           §
Fed. Tax Id. No.    N/A                    §
-----------------------------------------  §
In re:                                     §        Chapter 11
                                           §
PARKDALE ANCHOR M, LLC,                    §        Case No. 20-_____  (●)
                                           §
                      Debtor.              §        (Emergency Hearing Requested)
                                           §
Fed. Tax Id. No.    N/A                    §
-----------------------------------------  §
In re:                                     §        Chapter 11
                                           §
PARKDALE CROSSING LIMITED                  §        Case No. 20-_____  (●)
PARTNERSHIP,                               §
                                           §        (Emergency Hearing Requested)
                      Debtor.              §
                                           §
Fed. Tax Id. No.    N/A                    §
-----------------------------------------  §
In re:                                     §        Chapter 11
                                           §
PARKDALE MALL ASSOCIATES, L.P.,            §        Case No. 20-_____  (●)
                                           §
                      Debtor.              §        (Emergency Hearing Requested)
                                           §
Fed. Tax Id. No.    N/A                    §
-----------------------------------------  §
In re:                                     §        Chapter 11
                                           §
PARKDALE MALL, LLC,                        §        Case No. 20-_____  (●)
                                           §
                      Debtor.              §        (Emergency Hearing Requested)
                                           §
Fed. Tax Id. No.    N/A                    §
-----------------------------------------  §
```

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **PARKWAY PLACE LIMITED** | § | Case No. 20-_____ (●) |
| **PARTNERSHIP,** | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **PARKWAY PLACE SPE, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **PEARLAND GROUND, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **PEARLAND TOWN CENTER GP, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **PEARLAND TOWN CENTER LIMITED** | § | Case No. 20-_____ (●) |
| **PARTNERSHIP,** | § | |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| PEARLAND-OP PARCEL 8, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| POM-COLLEGE STATION, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| PORT ORANGE HOLDINGS II, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     62-1542279 | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| SEACOAST SHOPPING CENTER LIMITED PARTNERSHIP, | § | Case No. 20-_____ (●) |
| | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| SHOPPES AT ST. CLAIR CMBS, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ---------------------------------------------------------- § | | |

WEIL:\97691496\1\32626.0003

```
-----------------------------------------------  §
In re:                                           §          Chapter 11
                                                 §
SOUTH COUNTY SHOPPINGTOWN LLC,                   §          Case No. 20-_____ (●)
                                                 §
                          Debtor.                §          (Emergency Hearing Requested)
                                                 §
Fed. Tax Id. No.     N/A                         §
-----------------------------------------------  §
In re:                                           §          Chapter 11
                                                 §
SOUTHAVEN TOWN CENTER, LLC,                      §          Case No. 20-_____ (●)
                                                 §
                          Debtor.                §          (Emergency Hearing Requested)
                                                 §
Fed. Tax Id. No.     N/A                         §
-----------------------------------------------  §
In re:                                           §          Chapter 11
                                                 §
SOUTHAVEN TOWNE CENTER II, LLC,                  §          Case No. 20-_____ (●)
                                                 §
                          Debtor.                §          (Emergency Hearing Requested)
                                                 §
Fed. Tax Id. No.     N/A                         §
-----------------------------------------------  §
In re:                                           §          Chapter 11
                                                 §
SOUTHPARK MALL, LLC,                             §          Case No. 20-_____ (●)
                                                 §
                          Debtor.                §          (Emergency Hearing Requested)
                                                 §
Fed. Tax Id. No.     N/A                         §
-----------------------------------------------  §
In re:                                           §          Chapter 11
                                                 §
SOUTHPARK MALL-DSG, LLC,                         §          Case No. 20-_____ (●)
                                                 §
                          Debtor.                §          (Emergency Hearing Requested)
                                                 §
Fed. Tax Id. No.     N/A                         §
-----------------------------------------------  §
```

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| ST. CLAIR SQUARE GP I, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| ST. CLAIR SQUARE LIMITED PARTNERSHIP, | § | Case No. 20-_____ (●) |
| | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| ST. CLAIR SQUARE SPE, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| STROUD MALL, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     62-1737956 | § | |
| ------------------------------------------------ § | | |
| In re: | § | Chapter 11 |
| | § | |
| TENN-GP HOLDINGS, LLC, | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------ § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **THE COURTYARD AT HICKORY** § | | Case No. 20-_____ (●) |
| **HOLLOW LIMITED PARTNERSHIP,** § | | |
| § | | **(Emergency Hearing Requested)** |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **THE LANDING AT ARBOR PLACE II, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **THE PAVILION AT PORT ORANGE, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Fed. Tax Id. No.     26-3045890 § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **TN-LAND PARCELS, LLC,** § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | **(Emergency Hearing Requested)** |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |
| In re: § | | Chapter 11 |
| § | | |
| **TURTLE CREEK LIMITED** § | | Case No. 20-_____ (●) |
| **PARTNERSHIP,** § | | |
| § | | **(Emergency Hearing Requested)** |
| Debtor. § | | |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------------ § | | |

WEIL:\97691496\1\32626.0003

| | | |
|---|---|---|
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| TX-LAND PARCELS, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| VALLEY VIEW MALL SPE, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| VOLUSIA MALL GP, INC., § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| VOLUSIA MALL LIMITED PARTNERSHIP, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     62-1631880 § | | |
| ------------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| VOLUSIA SAC, LLC, § | | Case No. 20-_____ (●) |
| § | | |
| Debtor. § | | (Emergency Hearing Requested) |
| § | | |
| Fed. Tax Id. No.     N/A § | | |
| ------------------------------------------------------- § | | |

| | | |
|---|---|---|
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **VOLUSIA-OP PERIPHERAL, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **WEST TOWNE DISTRICT, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **WESTGATE CROSSING LIMITED PARTNERSHIP,** | § | Case No. 20-_____ (●) |
| | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **WESTGATE MALL II, LLC,** | § | Case No. 20-_____ (●) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Fed. Tax Id. No.      N/A | § | |
| ---------------------------------------------------------- § | | |
| In re: | § | Chapter 11 |
| | § | |
| **WESTGATE MALL LIMITED PARTNERSHIP,** | § | Case No. 20-_____ (●) |
| | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Fed. Tax Id. No.      62-1594766 | § | |
| ---------------------------------------------------------- § | | |

----------------------------------------------------------- §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WI-LAND PARCELS, LLC,** | § | **Case No. 20-_____ (●)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Fed. Tax Id. No.     N/A** | § | |

----------------------------------------------------------- §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **YORK GALLERIA LIMITED PARTNERSHIP,** | § | **Case No. 20-_____ (●)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Fed. Tax Id. No.     62-1626347** | § | |

----------------------------------------------------------- §

WEIL:\97691496\1\32626.0003

**EMERGENCY MOTION OF DEBTORS FOR ENTRY
OF ORDER (I) DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF[1]**

> **EMERGENCY RELIEF HAS BEEN REQUESTED. A VIDEO/TELEPHONIC
> HEARING WILL BE CONDUCTED ON THIS MATTER ON NOVEMBER 2,
> 2020 AT 12:00 P.M. (PREVAILING CENTRAL TIME). PARTIES WISHING TO
> PARTICIPATE TELEPHONICALLY MUST DIAL IN USING THE COURT'S
> TELECONFERENCE SYSTEM AT 832-917-1510 AND ENTERING
> CONFERENCE CODE 205691. PARTIES WHO ALSO WISH TO
> PARTICIPATE BY VIDEOCONFERENCE MAY DO SO BY USE OF AN
> INTERNET CONNECTION, USING THE WEBSITE
> GOTOMEET.ME/JUDGEJONES OR THE FREE GOTOMEETING
> APPLICATION, SELECTING "JOIN MY MEETING," AND ENTERING
> MEETING CODE "JudgeJones."**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT
> EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST
> EITHER APPEAR AT THE HEARING OR FILE A WRITTEN RESPONSE
> PRIOR TO THE HEARING. OTHERWISE, THE COURT MAY TREAT THE
> PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **RELIEF IS REQUESTED NOT LATER THAN NOVEMBER 2, 2020.**

CBL & Associates Properties, Inc. and its debtor affiliates, as debtors and debtors

in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully

represent as follows in support of this motion (the "**Motion**"):[2]

### Background

1.        Beginning on November 1, 2020 (the "**Petition Date**"), the Debtors each

commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their businesses and

---

[1]   This Motion has been filed following the filing of the Debtors' initial chapter 11 petitions. An amended Motion
with the completed case captions will be filed once the Debtors' remaining chapter 11 petitions have been filed.

[2]   The facts and circumstances supporting the relief requested herein are set forth in the First Day Declaration (as
defined herein) filed contemporaneously herewith. Capitalized terms used but not defined herein shall have the
respective meanings ascribed to such terms in the First Day Declaration.

WEIL:\97691496\1\32626.0003

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2. The Debtors commenced these chapter 11 cases on a prearranged basis with the support of an ad hoc group holding over 62% of the outstanding principal amount under the Debtors' senior unsecured notes (the "**Consenting Noteholders**").  The Consenting Noteholders have committed to support the comprehensive restructuring set forth in that certain Restructuring Support Agreement (together with all exhibits and attachments thereto and as may be subsequently amended in accordance with its terms, the "**Restructuring Support Agreement**"), dated as of August 18, 2020, and in the restructuring term sheet attached thereto.  Consistent with their obligations under the Restructuring Support Agreement, the Debtors intend to file a proposed plan of reorganization and disclosure statement with the Court in the near term and are seeking to emerge from chapter 11 on an expedited timeframe.

3. Additional information regarding the Debtors' business, capital structure, the Restructuring Support Agreement, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Mark Renzi in Support of Debtors' Chapter 11 Petitions and First Day Motions*, sworn to on November 2, 2020 (the "**First Day Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated by reference herein.

## Jurisdiction

4. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

WEIL:\97691496\1\32626.0003

## Relief Requested

5.      By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Local Bankruptcy Rules**"), the Debtors request entry of an order (i) directing joint administration of their chapter 11 cases for procedural purposes only and (ii) granting related relief.

6.      A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A (the "**Proposed Order**").

## Relief Requested Should Be Granted

7.      Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Under section 101(2) of the Bankruptcy Code, the term "affiliate" means:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
>> (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or
>>
>> (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote; or
>
> (B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
>> (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

WEIL:\97691496\1\32626.0003

(ii) solely to secure a debt, if such entity has not in
fact exercised such power to vote . . . .

11 U.S.C. § 101(2).  In addition, Local Rule 1015-1 provides for the joint administration of related

chapter 11 cases.  The Debtors are affiliates of one another because CBL & Associates Properties,

Inc. owns, either directly or indirectly, at least 20% of the outstanding voting interests in each of

the other Debtors.  Accordingly, this Court is authorized to jointly administer these cases for

procedural purposes.

8.      The Debtors, beginning on November 1, 2020, commenced their chapter 11

cases by filing the appropriate petitions with this Court.  As set forth in the First Day Declaration,

there are 177 Debtors, approximately 37,500 potential creditors, and other parties in interest in

these chapter 11 cases.   Joint administration will allow for the efficient and convenient

administration of the Debtors' interrelated chapter 11 cases, will yield significant cost savings, and

will not prejudice the substantive rights of any party in interest.

9.      Further, as set forth in the First Day Declaration, the Debtors operate as an

integrated business with common ownership and control.  The Debtors also share a number of

financial and operational systems.  As a result, many of the motions, hearings, and orders that will

arise in these cases will affect each and every Debtor.  Joint administration of these cases will save

the Debtors and their estates substantial time and expense because it will remove the need to

prepare, replicate, file, and serve duplicative notices, applications, and orders.  Joint administration

will also relieve the Court of entering duplicative orders and maintaining duplicative files and

dockets.  The United States Trustee for the Southern District of Texas (the "**U.S. Trustee**") and

other parties in interest will similarly benefit from joint administration of these chapter 11 cases,

sparing them the time and effort of reviewing duplicative dockets, pleadings, and papers.

WEIL:\97691496\1\32626.0003

10.     Joint administration will not adversely affect creditors' rights because this Motion requests only the administrative consolidation, and not the substantive consolidation, of the Debtors' estates.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

11.     The Debtors respectfully request that these cases be administered under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CBL & ASSOCIATES** | § | |
| **PROPERTIES, INC.,** *et al.*, | § | **Case No. 20-35226 (DRJ)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/CBLProperties.  The Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

12.     The Debtors also request that the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of CBL & Associates Properties, Inc.) to reflect the joint administration of these cases:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of CBL & Associates Properties, Inc., *et al*.  The docket in Case No. 20-35226 (DRJ) should be consulted for all matters affecting this case.

13.     Finally, the Debtors seek authority to file the monthly operating reports by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the Executive Office of the U.S. Trustee (December 31, 2019) on a consolidated basis.

WEIL:\97691496\1\32626.0003

14.     The relief requested herein is necessary, appropriate, and in the best interests of the Debtors, their estates, and all other parties in interest in these cases.  Accordingly, the Court should authorize the relief requested.

## Notice

15.     Notice of this Motion will be provided to (i) the U.S. Trustee; (ii) the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (iii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036 (Attn:  Michael Stamer, Meredith Lahaie, and Kevin Zuzolo), on behalf of the Consenting Noteholders; (iv) Jones Day, 250 Vesey Street, New York, NY 10281 (Attn:  David Paulson, Brett Barragate, and Benjamin Rosenblum), on behalf of the Administrative Agent; (v) the Internal Revenue Service; (vi) the United States Attorney's Office for the Southern District of Texas; (vii) the Securities and Exchange Commission; and (viii) any other party entitled to notice pursuant to Local Bankruptcy Rule 9013-1(d) (collectively, the "**Notice Parties**").  The Debtors believe that no further notice is required under the circumstances.

## No Previous Request

16.     No previous request for the relief sought herein has been made by the Debtors to this or any other court.

*[Remainder of page intentionally left blank]*

WEIL:\97691496\1\32626.0003

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: November 2, 2020
       Houston, Texas

                    Respectfully submitted,

                    */s/ Alfredo R. Pérez*
                    WEIL, GOTSHAL & MANGES LLP
                    Alfredo R. Pérez (15776275)
                    700 Louisiana Street, Suite 1700
                    Houston, Texas  77002
                    Telephone: (713) 546-5000
                    Facsimile:  (713) 224-9511
                    Email:  Alfredo.Perez@weil.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ray C. Schrock, P.C. (*pro hac vice* admission pending)
                    Garrett A. Fail (*pro hac vice* admission pending)
                    Moshe A. Fink (*pro hac vice* admission pending)
                    767 Fifth Avenue
                    New York, New York  10153
                    Telephone:  (212) 310-8000
                    Facsimile:  (212) 310-8007
                    Email:  Ray.Schrock@weil.com
                              Garrett.Fail@weil.com
                              Moshe.Fink@weil.com

                    *Proposed Attorneys for Debtors*
                    *and Debtors in Possession*

WEIL:\97691496\1\32626.0003

**Certificate of Service**

I hereby certify that on November 2, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and administrative agent.

                                         */s/  Alfredo R. Pérez*
                                         Alfredo R. Pérez

WEIL:\97691496\1\32626.0003