**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CBL & ASSOCIATES | § | |
| PROPERTIES, INC., *et al.*, | § | Case No. 20-35226 (DRJ) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |
| | § | (Emergency Hearing Requested) |

**ORDER (I) AUTHORIZING DEBTORS TO (A) FILE A
CONSOLIDATED CREDITOR MATRIX AND A CONSOLIDATED
LIST OF 30 LARGEST UNSECURED CREDITORS, AND (B) REDACT
CERTAIN PERSONAL IDENTIFICATION INFORMATION; (II) MODIFYING
REQUIREMENT TO FILE A LIST OF EQUITY SECURITY HOLDERS; AND
(III) APPROVING FORM AND MANNER OF NOTIFYING CREDITORS OF
COMMENCEMENT OF CHAPTER 11 CASES AND OTHER INFORMATION**

Upon the motion, dated November 2, 2020 (the "**Motion**"),[2] of CBL & Associates Properties, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order (i) authorizing the Debtors to (a) file a consolidated creditor matrix (the "**Consolidated Creditor Matrix**") and a consolidated list of the Debtors' thirty (30) largest unsecured creditors (the "**Consolidated Top 30 Creditors List**"), and (b) redact certain personal identification information, (ii) modifying the requirement to file a list of and provide notice directly to the Debtors' equity security holders, and (iii) approving the form and manner of notifying creditors of the commencement of the chapter 11 cases and other information, as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/CBLProperties. The Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and upon the record of the hearing; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to file a Consolidated Creditor Matrix and a Consolidated Top 30 Creditors List for all Debtors.

2. The Debtors are authorized to redact the home addresses of individuals listed on the Creditor Matrix or other documents filed with the Court. The Debtors shall provide an un-redacted version of the Creditor Matrix and any other filings redacted pursuant to this Order to (i) the Court, the U.S. Trustee, and counsel to an official committee of unsecured creditors appointed in these chapter 11 cases (if any), and (ii) upon request to the Debtors (email is sufficient) or to the Court that is reasonably related to these chapter 11 cases, to any other party in interest; provided, that any receiving party shall not transfer or otherwise provide such un-redacted document to any person or entity not party to the request. The Debtors shall inform the U.S.

2

Trustee and the Court promptly after denying any request for an un-redacted document pursuant to this Order.

3. CBL & Associates Properties, Inc. shall file a Form 8-K with the U.S. Securities and Exchange Commission notifying equity holders of CBL & Associates Properties, Inc. of the filing of these chapter 11 cases and providing a link to the website relating to the Debtors' chapter 11 cases set up by the Debtors' claims and noticing agent.

4. As soon as is practicable following the date hereof, the Debtors shall cause the notices required under Bankruptcy Rule 2002(d) to be served on registered holders of CBL & Associates Properties, Inc. common stock and, to the extent reasonably practicable, serve all beneficial equity holders, directly to the extent they are known or through the appropriate broker, Depository Trust Company participant, or other intermediary, to the extent a beneficial equity holder holds such equity interest through such intermediary.

5. The requirement that CBL & Associates Properties, Inc. file a list of its equity security holders pursuant to Bankruptcy Rule 1007(a)(3) is waived.

6. Any requirement that CBL & Associates Properties, Inc. provide notice directly to equity security holders under Bankruptcy Rule 2002(d) is waived.

7. No later than three (3) business days after the entry of this Order or as soon as reasonably practicable, the Debtors shall serve the Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, on all parties listed on the Consolidated Creditor Matrix, on all parties who were served notice of the Motion, and shall publish the Notice once in the national edition of *The New York Times*. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (i) the commencement of these chapter 11 cases and (ii) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

8. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Houston, Texas

                                            UNITED STATES BANKRUPTCY JUDGE

4

WEIL:\97691492\1\32626.0003

**Exhibit 1**

**Notice of Commencement**

| Information to identify the case: | |
|---|---|
| Debtor   CBL & Associates Properties, Inc., et. al.,<br>          Name | EIN:   62-1545718 |
| United States Bankruptcy Court for the Southern District of Texas<br>                                            (State)<br>Case number: 20- [          ] (   ) | Date case filed for chapter 11 November 1, 2020<br>                                   MM / DD / YYYY |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                   10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected on the website created by Claims and Noticing Agent Epiq Corporate Restructuring, LLC for these chapter 11 cases at https://dm.epiq11.com/cblproperties, at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov. Telephonic inquiries may be directed to (855) 914-4668 (for U.S. calls) and (503) 520-4416 (for calls originating outside of the U.S.).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**1.   Debtors' full names (and Jointly Administered Cases):**

| Debtor | EIN Number | Case Number |
|---|---|---|
| CBL/Sunrise Commons, L.P. | N/A | 20 – [      ] (   ) |
| CBL & Associates Properties, Inc. | 62-1545718 | 20 – [      ] (   ) |
| CBL Holdings I, Inc. | N/A | 20 – [      ] (   ) |
| CBL Holdings II, Inc. | N/A | 20 – [      ] (   ) |
| CBL & Associates Limited Partnership | 62-1542285 | 20 – [      ] (   ) |
| CBL & Associates Management, Inc. | 62-1542279 | 20 – [      ] (   ) |
| Akron Mall Land, LLC | N/A | 20 – [      ] (   ) |
| Alamance Crossing II, LLC | N/A | 20 – [      ] (   ) |
| Alamance Crossing, LLC | N/A | 20 – [      ] (   ) |
| APWM, LLC | N/A | 20 – [      ] (   ) |
| Arbor Place Limited Partnership | N/A | 20 – [      ] (   ) |
| Asheville, LLC | N/A | 20 – [      ] (   ) |
| Brookfield Square Joint Venture | N/A | 20 – [      ] (   ) |
| Brookfield Square Parcel, LLC | N/A | 20 – [      ] (   ) |
| CBL Eagle Point Member, LLC | 82-0802648 | 20 – [      ] (   ) |
| CBL HP Hotel Member, LLC | N/A | 20 – [      ] (   ) |
| CBL RM-Waco, LLC | N/A | 20 – [      ] (   ) |
| CBL SM-Brownsville, LLC | N/A | 20 – [      ] (   ) |
| CBL Statesboro Member, LLC | 26-2813210 | 20 – [      ] (   ) |

**For more information, see page 2 ▶**

| | | |
|---|---|---|
| CBL Walden Park, LLC | N/A | 20 – [     ] (     ) |
| CBL/Brookfield I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Brookfield II, LLC | N/A | 20 – [     ] (     ) |
| CBL/Cherryvale I, LLC | 62-1841386 | 20 – [     ] (     ) |
| CBL/Citadel I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Citadel II, LLC | N/A | 20 – [     ] (     ) |
| CBL/EastGate I, LLC | N/A | 20 – [     ] (     ) |
| CBL/EastGate II, LLC | N/A | 20 – [     ] (     ) |
| CBL/EastGate Mall, LLC | N/A | 20 – [     ] (     ) |
| CBL/Fayette I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Fayette II, LLC | N/A | 20 – [     ] (     ) |
| CBL/GP Cary, Inc. | 62-1607815 | 20 – [     ] (     ) |
| CBL/GP II, Inc. | 62-1589020 | 20 – [     ] (     ) |
| CBL/GP V, Inc. | 62-1624633 | 20 – [     ] (     ) |
| CBL/GP VI, Inc. | 62-1648164 | 20 – [     ] (     ) |
| CBL/GP, Inc. | 62-1553520 | 20 – [     ] (     ) |
| CBL/Gulf Coast, LLC | N/A | 20 – [     ] (     ) |
| CBL/Imperial Valley GP, LLC | N/A | 20 – [     ] (     ) |
| CBL/J I, LLC | N/A | 20 – [     ] (     ) |
| CBL/J II, LLC | N/A | 20 – [     ] (     ) |
| CBL/Kirkwood Mall, LLC | N/A | 20 – [     ] (     ) |
| CBL/Madison I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville Expansion I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville Expansion II, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville Expansion III, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville Expansion Partner, L.P. | N/A | 20 – [     ] (     ) |
| CBL/Monroeville Expansion, L.P. | N/A | 20 – [     ] (     ) |
| CBL/Monroeville I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville II, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville III, LLC | N/A | 20 – [     ] (     ) |
| CBL/Monroeville Partner, L.P. | N/A | 20 – [     ] (     ) |
| CBL/Monroeville, L.P. | N/A | 20 – [     ] (     ) |
| CBL/Nashua Limited Partnership | N/A | 20 – [     ] (     ) |
| CBL/Old Hickory I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Old Hickory II, LLC | N/A | 20 – [     ] (     ) |
| CBL/Parkdale Crossing GP, LLC | N/A | 20 – [     ] (     ) |
| CBL/Parkdale Crossing, L.P. | N/A | 20 – [     ] (     ) |
| CBL/Parkdale Mall GP, LLC | N/A | 20 – [     ] (     ) |
| CBL/Parkdale, LLC | N/A | 20 – [     ] (     ) |
| CBL/Penn Investments, LLC | N/A | 20 – [     ] (     ) |
| CBL/Richland G.P., LLC | N/A | 20 – [     ] (     ) |
| CBL/Sunrise Commons GP, LLC | N/A | 20 – [     ] (     ) |
| CBL/Sunrise GP, LLC | N/A | 20 – [     ] (     ) |
| CBL/Sunrise Land, LLC | N/A | 20 – [     ] (     ) |
| CBL/Sunrise XS Land, L.P. | N/A | 20 – [     ] (     ) |
| CBL/Westmoreland I, LLC | N/A | 20 – [     ] (     ) |
| CBL/Westmoreland II, LLC | N/A | 20 – [     ] (     ) |
| CBL/Westmoreland, L.P. | N/A | 20 – [     ] (     ) |
| CBL-840 GC, LLC | N/A | 20 – [     ] (     ) |
| Charleston Joint Venture | N/A | 20 – [     ] (     ) |
| Cherryvale Mall, LLC | N/A | 20 – [     ] (     ) |
| Coolsprings Crossing Limited Partnership | 62-1263498 | 20 – [     ] (     ) |
| Cross Creek Anchor S GP, LLC | N/A | 20 – [     ] (     ) |
| Cross Creek Anchor S, LP | N/A | 20 – [     ] (     ) |
| CW Joint Venture, LLC | N/A | 20 – [     ] (     ) |
| Dakota Square Mall CMBS, LLC | N/A | 20 – [     ] (     ) |
| Development Options, Inc. | 62-1553523 | 20 – [     ] (     ) |

| | | |
|---|---|---|
| D'Iberville CBL Land, LLC | N/A | 20 – [   ] (  ) |
| Dunite Acquisitions, LLC | N/A | 20 – [   ] (  ) |
| East Towne Parcel I, LLC | N/A | 20 – [   ] (  ) |
| EastGate Anchor S, LLC | N/A | 20 – [   ] (  ) |
| EastGate Company | N/A | 20 – [   ] (  ) |
| Eastland Anchor M, LLC | N/A | 20 – [   ] (  ) |
| Eastland Holding I, LLC | 20-4411938 | 20 – [   ] (  ) |
| Eastland Holding II, LLC | 20-4412067 | 20 – [   ] (  ) |
| Eastland Mall, LLC | N/A | 20 – [   ] (  ) |
| Eastland Member, LLC | 20-4411665 | 20 – [   ] (  ) |
| Fayette Middle Anchor, LLC | N/A | 20 – [   ] (  ) |
| Fayette Plaza CMBS, LLC | N/A | 20 – [   ] (  ) |
| Frontier Mall Associates Limited Partnership | N/A | 20 – [   ] (  ) |
| GCTC Peripheral IV, LLC | N/A | 20 – [   ] (  ) |
| Gunbarrel Commons, LLC | N/A | 20 – [   ] (  ) |
| Hamilton Place Anchor S, LLC | N/A | 20 – [   ] (  ) |
| Hammock Landing/West Melbourne, LLC | 26-3045870 | 20 – [   ] (  ) |
| Hanes Mall Parcels, LLC | N/A | 20 – [   ] (  ) |
| Harford Mall Business Trust | N/A | 20 – [   ] (  ) |
| Henderson Square Limited Partnership | 62-1558125 | 20 – [   ] (  ) |
| Hickory Point Outparcels, LLC | N/A | 20 – [   ] (  ) |
| Hixson Mall, LLC | N/A | 20 – [   ] (  ) |
| Imperial Valley Commons, L.P. | N/A | 20 – [   ] (  ) |
| Imperial Valley Mall GP, LLC | N/A | 20 – [   ] (  ) |
| Imperial Valley Mall II, L.P. | N/A | 20 – [   ] (  ) |
| Imperial Valley Mall, L.P. | N/A | 20 – [   ] (  ) |
| Imperial Valley Peripheral L.P. | N/A | 20 – [   ] (  ) |
| IV Commons, LLC | N/A | 20 – [   ] (  ) |
| IV Outparcels, LLC | N/A | 20 – [   ] (  ) |
| Jefferson Anchor M, LLC | N/A | 20 – [   ] (  ) |
| Jefferson Anchor S, LLC | N/A | 20 – [   ] (  ) |
| Jefferson Mall Company II, LLC | N/A | 20 – [   ] (  ) |
| JG Gulf Coast Town Center LLC | N/A | 20 – [   ] (  ) |
| JG Winston-Salem, LLC | N/A | 20 – [   ] (  ) |
| Kirkwood Mall Acquisition LLC | N/A | 20 – [   ] (  ) |
| Kirkwood Mall Mezz LLC | N/A | 20 – [   ] (  ) |
| Laurel Park Retail Holding LLC | 20-2840449 | 20 – [   ] (  ) |
| Laurel Park Retail Properties LLC | N/A | 20 – [   ] (  ) |
| Layton Hills Mall CMBS, LLC | N/A | 20 – [   ] (  ) |
| Lexington Joint Venture | N/A | 20 – [   ] (  ) |
| LHM-Utah, LLC | N/A | 20 – [   ] (  ) |
| Madison Joint Venture, LLC | N/A | 20 – [   ] (  ) |
| Madison/East Towne, LLC | N/A | 20 – [   ] (  ) |
| Madison/West Towne, LLC | N/A | 20 – [   ] (  ) |
| Mall del Norte, LLC | N/A | 20 – [   ] (  ) |
| Mayfaire GP, LLC | N/A | 20 – [   ] (  ) |
| Mayfaire Town Center, LP | N/A | 20 – [   ] (  ) |
| MDN/Laredo GP, LLC | N/A | 20 – [   ] (  ) |
| Meridian Mall Limited Partnership | N/A | 20 – [   ] (  ) |
| Mid Rivers Land LLC | N/A | 20 – [   ] (  ) |
| Mid Rivers Mall CMBS, LLC | N/A | 20 – [   ] (  ) |
| Monroeville Anchor Limited Partnership | N/A | 20 – [   ] (  ) |
| Montgomery Partners, L.P. | 62-1654995 | 20 – [   ] (  ) |
| Mortgage Holdings, LLC | N/A | 20 – [   ] (  ) |
| Multi-GP Holdings, LLC | N/A | 20 – [   ] (  ) |
| North Charleston Joint Venture II, LLC | N/A | 20 – [   ] (  ) |
| Northgate SAC, LLC | N/A | 20 – [   ] (  ) |

| | | |
|---|---|---|
| Northpark Mall/Joplin, LLC | N/A | 20 – [   ] (   ) |
| Old Hickory Mall Venture | N/A | 20 – [   ] (   ) |
| Old Hickory Mall Venture II, LLC | N/A | 20 – [   ] (   ) |
| Parkdale Anchor M, LLC | N/A | 20 – [   ] (   ) |
| Parkdale Crossing Limited Partnership | N/A | 20 – [   ] (   ) |
| Parkdale Mall Associates, L.P. | N/A | 20 – [   ] (   ) |
| Parkdale Mall, LLC | N/A | 20 – [   ] (   ) |
| Parkway Place Limited Partnership | N/A | 20 – [   ] (   ) |
| Parkway Place SPE, LLC | N/A | 20 – [   ] (   ) |
| Pearland Ground, LLC | N/A | 20 – [   ] (   ) |
| Pearland Town Center GP, LLC | N/A | 20 – [   ] (   ) |
| Pearland Town Center Limited Partnership | N/A | 20 – [   ] (   ) |
| Pearland-OP Parcel 8, LLC | N/A | 20 – [   ] (   ) |
| POM-College Station, LLC | N/A | 20 – [   ] (   ) |
| Port Orange Holdings II, LLC | 62-1542279 | 20 – [   ] (   ) |
| Seacoast Shopping Center Limited Partnership | N/A | 20 – [   ] (   ) |
| Shoppes at St. Clair CMBS, LLC | N/A | 20 – [   ] (   ) |
| South County Shoppingtown LLC | N/A | 20 – [   ] (   ) |
| Southaven Town Center, LLC | N/A | 20 – [   ] (   ) |
| Southaven Towne Center II, LLC | N/A | 20 – [   ] (   ) |
| Southpark Mall, LLC | N/A | 20 – [   ] (   ) |
| Southpark Mall-DSG, LLC | N/A | 20 – [   ] (   ) |
| St. Clair Square GP I, LLC | N/A | 20 – [   ] (   ) |
| St. Clair Square Limited Partnership | N/A | 20 – [   ] (   ) |
| St. Clair Square SPE, LLC | N/A | 20 – [   ] (   ) |
| Stroud Mall, LLC | 62-1737956 | 20 – [   ] (   ) |
| Tenn-GP Holdings, LLC | N/A | 20 – [   ] (   ) |
| The Courtyard at Hickory Hollow Limited Partnership | N/A | 20 – [   ] (   ) |
| The Landing at Arbor Place II, LLC | N/A | 20 – [   ] (   ) |
| The Pavilion at Port Orange, LLC | 26-3045890 | 20 – [   ] (   ) |
| TN-Land Parcels, LLC | N/A | 20 – [   ] (   ) |
| Turtle Creek Limited Partnership | N/A | 20 – [   ] (   ) |
| TX-Land Parcels, LLC | N/A | 20 – [   ] (   ) |
| Valley View Mall SPE, LLC | N/A | 20 – [   ] (   ) |
| Volusia Mall GP, Inc. | N/A | 20 – [   ] (   ) |
| Volusia Mall Limited Partnership | 62-1631880 | 20 – [   ] (   ) |
| Volusia SAC, LLC | N/A | 20 – [   ] (   ) |
| Volusia-OP Peripheral, LLC | N/A | 20 – [   ] (   ) |
| West Towne District, LLC | N/A | 20 – [   ] (   ) |
| Westgate Crossing Limited Partnership | N/A | 20 – [   ] (   ) |
| WestGate Mall II, LLC | N/A | 20 – [   ] (   ) |
| WestGate Mall Limited Partnership | 62-1594766 | 20 – [   ] (   ) |
| WI-Land Parcels, LLC | N/A | 20 – [   ] (   ) |
| York Galleria Limited Partnership | 62-1626347 | 20 – [   ] (   ) |

**2. All other names used in the last 8 years**

| Debtor | Other Name(s) |
|---|---|
| Hanes Mall Parcels, LLC | Hanes Mall DSG, LLC |
| Madison Joint Venture, LLC | Madison Joint Venture (an OH partnership) |
| TN-Land Parcels, LLC | FHM Anchor, LLC |
| TX-Land Parcels, LLC | CBL/San Antonio, LLC |

**3. Address** — 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421

**4. Debtor's attorney**
Name and address

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000

**Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries):

**Case website**: https://dm.epiq11.com/cblproperties
**Email inquiries**: cblpropertiesinfo@epiqglobal.com

|  |  |  |
|---|---|---|
|  | Facsimile:  (713) 224-9511<br>Email:  Alfredo.Perez@weil.com<br><br>- and -<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Ray C. Schrock, P.C.<br>Garrett A. Fail<br>Moshe A. Fink<br>767 Fifth Avenue<br>New York, New York  10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Email:  Ray.Schrock@weil.com<br>         Garrett.Fail@weil.com<br>         Moshe.Fink@weil.com | **Hotline:**<br>U.S. toll-free:  (855) 914-4668<br>International:  +1 (503) 520-4416<br><br>**Claim Processing Address Information:**<br>A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at https://dm.epiq11.com/cblproperties. Completed proofs of claim may be submitted to Epiq Corporate Restructuring, LLC as the official claims agent for these cases.<br><br>**If by First-Class Mail:**<br>CBL & Associates Properties, Inc.<br>Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>P.O. Box 4419<br>Beaverton, OR 97076-4419<br><br>**If by Hand Delivery or Overnight Mail:**<br>CBL & Associates Properties, Inc.<br>Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005<br><br>**Or you may file your claim electronically on the case website at https://dm.epiq11.com/cblproperties by clicking on "File a Claim".** |
| **5.  Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online at https://dm.epiq11.com/cblproperties at no charge or at https://pacer.uscourts.gov. for a fee. | United States Courthouse<br>515 Rusk Avenue<br>Houston, Texas 77002 | Hours:  Monday to Friday – 8:30 a.m. to 5:00 p.m. (CT)<br><br>Telephone:  (713) 250-5500 |
| **6.  Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | Not yet scheduled. | Location:<br><br>United States Courthouse<br><br>Office of the United States Trustee<br><br>515 Rusk Avenue, Suite 3401<br><br>Houston, Texas 77002 |

Official Form 309F1 (For Corporations or Partnerships)     Notice of Chapter 11 Bankruptcy Case                                            page 5

WEIL:\97691492\1\32626.0003

| | | |
|---|---|---|
| **7.** **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set.  If a deadline is set, the court will send you another notice. | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, https://dm.epiq11.com/cblproperties or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>▪ you file a proof of claim in a different amount; or<br>▪ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://dm.epiq11.com/cblproperties or https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8.** **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below<br><br>**Deadline for filing the complaint:**                                 N/A | |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |