IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CBL & ASSOCIATES | § | |
| PROPERTIES, INC., *et al.*, | § | Case No. 20-35226 (DRJ) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |
| | § | (Emergency Hearing Requested) |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 CASES

Beginning on November 1, 2020, CBL & Associates Properties, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Chapter 11 Cases**"). The undersigned proposed counsel believes that these Chapter 11 Cases qualify as complex chapter 11 cases because:

    __X__    The Debtors have total debt of more than $10 million;

    __X__    There are more than 50 parties in interest in these Chapter 11 Cases;

    __X__    Claims against the Debtors are publicly traded;

    _____    Other (Substantial explanation is required).

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/CBLProperties. The Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

WHEREFORE, the Debtors respectfully request entry of an order substantially in the form annexed hereto as **Exhibit A** (the "**Proposed Order**") granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: November 2, 2020
      Houston, Texas

Respectfully submitted,

*Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (*pro hac vice* admission pending)
Garrett A. Fail (*pro hac vice* admission pending)
Moshe A. Fink (*pro hac vice* admission pending)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Ray.Schrock@weil.com
       Garrett.Fail@weil.com
       Moshe.Fink@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on November 2, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and administrative agent.

    *Alfredo R. Pérez*
    Alfredo R. Pérez