IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CBL & ASSOCIATES PROPERTIES, INC., *et al.* | § § | Case No. 20-35226 (DRJ) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned attorneys appear in the above-captioned cases on behalf of the ad hoc group of senior unsecured noteholders (the "Ad Hoc Group of Noteholders"), pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code sections 342 and 1109(b), that copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in such cases be served upon the following:

        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        2300 N. Field Street, Suite 2300
        Dallas, Texas  75201
        Phone: (214) 969-2800
        Fax:    (214) 969-4343
        Attn:   Marty L. Brimmage, Jr.
                   mbrimmage@akingump.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/CBLProperties.  The Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, New York 10036
Phone: (212) 872-1000
Fax:     (212) 872-1002
Attn:   Michael S. Stamer
          mstamer@akingump.com
          Meredith A. Lahaie
          mlahaie@akingump.com
          Abid Qureshi
          aqureshi@akingump.com
          Kevin Zuzolo
          kzuzolo@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Ad Hoc Group of Noteholders, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"); (ii) to have a trial by jury in any proceeding related to these cases or any case, controversy or proceedings related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions or defenses to which the Ad Hoc Group of Noteholders may be entitled in law, in equity or otherwise, all of which rights, claims, actions and defenses are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request to be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in these cases.

Dated:  November 2, 2020                                  Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.
State Bar No. 00793386; S.D. Tex. No. 30464
2300 N. Field St., Suite 1800
Dallas, TX 75201
Phone: (214) 969-2800
Fax: (214) 969-4343
Email: mbrimmage@akingump.com

- and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer, Esq. (*pro hac vice* pending)
Meredith A. Lahaie, Esq. (*pro hac vice* pending)
Abid Qureshi, Esq. (*pro hac vice* pending)
Kevin Zuzolo, Esq. (*pro hac vice* pending)
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002
Email: mstamer@akingump.com
           mlahaie@akingump.com
           aqureshi@akingump.com
           kzuzolo@akingump.com

**COUNSEL FOR AD HOC GROUP OF NOTEHOLDERS**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2020, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

                                                  */s/ Marty L. Brimmage, Jr.*
                                                  Marty L. Brimmage, Jr.