UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-35226 (DRJ) |
|---|---|---|---|
| Debtor | In re: CBL & Associates Properties, Inc., *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Anthony P. Marzocca |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Email | Anthony.Marzocca@weil.com |
| Licensed: State & Number | New York/5412473 |

Seeks to appear as the attorney for this party:

| CBL & Associates Properties, Inc. and Its Debtor Affiliates | |
|---|---|
| Dated: November 2, 2020 | Signed:  */s/ Anthony P. Marzocca* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:                        Signed: _____<br>                                              Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                 United States Bankruptcy Judge