United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CBL & ASSOCIATES PROPERTIES, INC., *et al.,*[1] | Case No. 20-35226 (DRJ) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.: 1448** |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF
ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD MAY 1, 2021 THROUGH JULY 31, 2021**

Upon the fee application (the "Application")[2] of AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of CBL & Associates Properties, Inc. and its affiliates (collectively, the "Debtors"), for entry of an order (the "Order") awarding an interim allowance for the period May 1, 2021 through July 31, 2021 (the "Third Interim Period") in the amount of $551,003.00 (including a Holdback in the amount of $110,200.60) as compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred in the amount of $11,198.43; and the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/CBLProperties.  The Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and the Court having read and considered the Application; objections to the Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      AlixPartners is hereby awarded, on an interim basis, an allowance of $551,003.00 (including a Holdback in the amount of $110,200.60) as compensation for professional services rendered, and $11,198.43 for reimbursement of out-of-pocket expenses incurred during the Third Interim Period;

3.      The Debtors are hereby authorized to pay AlixPartners the outstanding amount of $202,597.40 within ten (10) business days of entry of this Order;

4.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  November 08, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2