United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 30, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CBL & ASSOCIATES PROPERTIES, INC., *et al.,*[1] | § § § § | Case No. 20-35226 (DRJ) |
| Debtors. | § § § § | (Jointly Administered) |

**ORDER APPROVING FOURTH INTERIM AND FINAL APPLICATION OF
MCDERMOTT WILL & EMERY LLP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF CBL & ASSOCIATES PROPERTIES, INC., *ET AL.*,
FOR (I) THE FOURTH INTERIM PERIOD FROM AUGUST 1, 2021 THROUGH
NOVEMBER 1, 2021 AND (II) THE FINAL COMPENSATION PERIOD
<u>FROM NOVEMBER 17, 2020 THROUGH NOVEMBER 1, 2021</u>
(Docket No. 1621)**

The Court has considered the *Fourth Interim and Final Application of McDermott Will & Emery LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of CBL & Associates Properties, Inc., et al., for (I) the Fourth Interim Period from August 1, 2021 Through November 1, 2021 and (II) the Final Compensation Period from November 17, 2020 Through November 1, 2021* filed by McDermott Will & Emery LLP, counsel for the Official Committee of Unsecured Creditors of CBL & Associates Properties, Inc., et al. (the "<u>Applicant</u>").  The Court orders:

1.       Applicant is allowed compensation and reimbursement of expenses in the amount of $4,399,304.52 for the period set forth in the application.

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/CBLProperties.  The Debtors' service address for the purposes of these Chapter 11 Cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

2

2.     The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3.     The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

**Signed:  December 30, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**