United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 30, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ----------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **ARBOR PLACE LIMITED PARTNERSHIP,** § | | Case No. 20-35231 (DRJ) |
| § | | |
| Reorganized Debtor. § | | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ----------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **CBL/IMPERIAL VALLEY GP, LLC,** § | | Case No. 20-35234 (DRJ) |
| § | | |
| Reorganized Debtor. § | | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ----------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **CBL/WESTMORELAND II, LLC,** § | | Case No. 20-35240 (DRJ) |
| § | | |
| Reorganized Debtor. § | | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ----------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **CW JOINT VENTURE, LLC,** § | | Case No. 20-35243 (DRJ) |
| § | | |
| Reorganized Debtor. § | | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ----------------------------------------------------- § | | |
| In re: § | | Chapter 11 |
| § | | |
| **IMPERIAL VALLEY MALL GP, LLC,** § | | Case No. 20-35246 (DRJ) |
| § | | |
| Reorganized Debtor. § | | |
| § | | |
| Fed. Tax Id. No.    N/A § | | |
| ----------------------------------------------------- § | | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KIRKWOOD MALL MEZZ LLC, | § | Case No. 20-35250 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| MAYFAIRE GP, LLC, | § | Case No. 20-35253 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| MADISON JOINT VENTURE, LLC, | § | Case No. 20-35254 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| MDN/LAREDO GP, LLC, | § | Case No. 20-35259 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| MORTGAGE HOLDINGS, LLC, | § | Case No. 20-35261 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| MULTI-GP HOLDINGS, LLC, | § | Case No. 20-35265 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |

2

```
------------------------------------------------- §
In re:                                           §        Chapter 11
                                                 §
CBL/MONROEVILLE EXPANSION                        §        Case No. 20-35280 (DRJ)
PARTNER, L.P.,                                   §
                                                 §
                   Reorganized Debtor.           §
                                                 §
Fed. Tax Id. No.      N/A                        §
------------------------------------------------- §
In re:                                           §        Chapter 11
                                                 §
CBL/MONROEVILLE I, LLC,                          §        Case No. 20-35291 (DRJ)
                                                 §
                   Reorganized Debtor.           §
                                                 §
Fed. Tax Id. No.      N/A                        §
------------------------------------------------- §
In re:                                           §        Chapter 11
                                                 §
CBL-840 GC, LLC,                                 §        Case No. 20-35317 (DRJ)
                                                 §
                   Reorganized Debtor.           §
                                                 §
Fed. Tax Id. No.      N/A                        §
------------------------------------------------- §
In re:                                           §        Chapter 11
                                                 §
DAKOTA SQUARE MALL CMBS, LLC,                    §        Case No. 20-35328 (DRJ)
                                                 §
                   Reorganized Debtor.           §
                                                 §
Fed. Tax Id. No.      N/A                        §
------------------------------------------------- §
In re:                                           §        Chapter 11
                                                 §
FAYETTE PLAZA CMBS, LLC,                         §        Case No. 20-35334 (DRJ)
                                                 §
                   Reorganized Debtor.           §
                                                 §
Fed. Tax Id. No.      N/A                        §
------------------------------------------------- §
```

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **GUNBARREL COMMONS, LLC,** | § | **Case No. 20-35338 (DRJ)** |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    **N/A** | § | |
| ------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **LAUREL PARK RETAIL PROPERTIES LLC,** | § | **Case No. 20-35363 (DRJ)** |
| | § | |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    **N/A** | § | |
| ------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **LHM-UTAH, LLC** | § | **Case No. 20-35370 (DRJ)** |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    **N/A** | § | |
| ------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **MONROEVILLE ANCHOR LIMITED PARTNERSHIP,** | § | **Case No. 20-35376 (DRJ)** |
| | § | |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    **N/A** | § | |
| ------------------------------------------------------- | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **OLD HICKORY MALL VENTURE II, LLC,** | § | **Case No. 20-35388 (DRJ)** |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    **N/A** | § | |
| ------------------------------------------------------- | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PARKDALE ANCHOR M, LLC,** | § | Case No. 20-35389 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ---------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **PARKDALE CROSSING LIMITED PARTNERSHIP,** | § | Case No. 20-35390 (DRJ) |
| | § | |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ---------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **SHOPPES AT ST. CLAIR CMBS, LLC,** | § | Case No. 20-35396 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ---------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **VOLUSIA SAC, LLC,** | § | Case No. 20-35397 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ---------------------------------------------------------- | § | |
| In re: | § | Chapter 11 |
| | § | |
| **VOLUSIA-OP PERIPHERAL, LLC,** | § | Case No. 20-35399 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.    N/A | § | |
| ---------------------------------------------------------- | § | |

5

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **WESTGATE CROSSING LIMITED** | § | Case No. 20-35407 (DRJ) |
| **PARTNERSHIP,** | § | |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------ | § | |
| In re: | § | Chapter 11 |
| | § | |
| **WI-LAND PARCELS, LLC,** | § | Case No. 20-35412 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------ | § | |
| In re: | § | Chapter 11 |
| | § | |
| **ST. CLAIR SQUARE GP I, LLC,** | § | Case No. 20-35417 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------ | § | |
| In re: | § | Chapter 11 |
| | § | |
| **TN-LAND PARCELS, LLC,** | § | Case No. 20-35422 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------ | § | |
| In re: | § | Chapter 11 |
| | § | |
| **TX-LAND PARCELS, LLC,** | § | Case No. 20-35423 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.     N/A | § | |
| ------------------------------------------------------------ | § | |

<u>**SECOND FINAL DECREE AND ORDER CLOSING CERTAIN CASES**</u>

Upon consideration of the *Certification of Counsel Regarding Second Final Decree Closing Certain Cases*, dated December 24, 2021 (the "**Certification of Counsel**"),[1] filed by CBL & Associates Properties, Inc. and its debtor affiliates (collectively, the "**Reorganized Debtors**"), for entry of an order closing the Chapter 11 Cases of certain of the Reorganized Debtors, all as more fully set forth in the Certification of Counsel; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      Each of the Chapter 11 Cases listed on <u>**Exhibit 1**</u> attached hereto is hereby closed (the "**Closed Cases**"), effective as of the date hereof.

2.      A docket entry shall be made in each of the Closed Cases reflecting entry of this Second Final Decree and Order.

3.      The remaining Chapter 11 Cases that are not Closed Cases (the "**Open Cases**") shall remain open pending entry of a final decree by this Court closing such cases.  A list of the Open Cases is attached hereto as <u>**Exhibit 2**</u>.

4.      Entry of this Second Final Decree and Order is without prejudice to (i) the rights of any Reorganized Debtor or other party in interest to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code and (ii) the rights of any Reorganized Debtor or other party in interest to dispute, object to, or resolve any Claim that was

---

[1]      Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Certification of Counsel or Plan, as applicable.

filed against any of the Reorganized Debtors in the Chapter 11 Cases. Except as expressly set forth in the Code, nothing in this Second Final Decree and Order shall affect the substantive rights of any party in interest in the Closed Cases.

5.     The Second Final Decree and Order is solely intended to facilitate the administration of the Closed Cases and to avoid the incurrence of U.S. Trustee fees with respect to the Closed Cases. The Second Final Decree and Order shall not have or be deemed to have any effect whatsoever upon the Open Cases or any order of this Court entered therein.

6.     All pending and future matters relating to each of the Reorganized Debtors, including final fee applications and objections to Claims, if applicable, shall be administered and heard in the Open Cases.

7.     No later than thirty (30) days after the date of entry of this Second Final Decree and Order, the Reorganized Debtors will file the appropriate report (the "**Report**") and shall serve a copy of such Report on the U.S. Trustee.

8.     Within fifteen (15) days after the filing of the Report, the Reorganized Debtors in the Closed Cases shall make a final payment of the appropriate fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) by remitting payment to the U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200, and shall furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect such Reorganized Debtors' account numbers and shall be transmitted with the Report available from the U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

9.     Quarterly disbursements for the Open Cases shall be reported and quarterly fees shall be paid pending the entry of a final decree by this Court closing such Open Cases.

10.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Second Final Decree and Order.

**Signed:  December 30, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

## EXHIBIT 1

**Closed Cases**

| Name of Reorganized Debtor | Case Number |
|---|---|
| Arbor Place Limited Partnership | 20-35231 (DRJ) |
| CBL/Imperial Valley GP, LLC | 20-35234 (DRJ) |
| CBL/Westmoreland II, LLC | 20-35240 (DRJ) |
| CW Joint Venture, LLC | 20-35243 (DRJ) |
| Imperial Valley Mall GP, LLC | 20-35246 (DRJ) |
| Kirkwood Mall Mezz LLC | 20-35250 (DRJ) |
| Mayfaire GP, LLC | 20-35253 (DRJ) |
| Madison Joint Venture, LLC | 20-35254 (DRJ) |
| MDN/Laredo GP, LLC | 20-35259 (DRJ) |
| Mortgage Holdings, LLC | 20-35261 (DRJ) |
| Multi-GP Holdings, LLC | 20-35265 (DRJ) |
| CBL/Monroeville Expansion Partner, L.P. | 20-35280 (DRJ) |
| CBL/Monroeville I, LLC | 20-35291 (DRJ) |
| CBL-840 GC, LLC | 20-35317 (DRJ) |
| Dakota Square Mall CMBS, LLC | 20-35328 (DRJ) |
| Fayette Plaza CMBS, LLC | 20-35334 (DRJ) |
| Gunbarrel Commons, LLC | 20-35338 (DRJ) |
| Laurel Park Retail Properties LLC | 20-35363 (DRJ) |
| LHM-Utah, LLC | 20-35370 (DRJ) |
| Monroeville Anchor Limited Partnership | 20-35376 (DRJ) |
| Old Hickory Mall Venture II, LLC | 20-35388 (DRJ) |
| Parkdale Anchor M, LLC | 20-35389 (DRJ) |
| Parkdale Crossing Limited Partnership | 20-35390 (DRJ) |
| Shoppes at St. Clair CMBS, LLC | 20-35396 (DRJ) |
| Volusia SAC, LLC | 20-35397 (DRJ) |
| Volusia-OP Peripheral, LLC | 20-35399 (DRJ) |
| Westgate Crossing Limited Partnership | 20-35407 (DRJ) |
| WI-Land Parcels, LLC | 20-35412 (DRJ) |
| St. Clair Square GP I, LLC | 20-35417 (DRJ) |
| TN-Land Parcels, LLC | 20-35422 (DRJ) |
| TX-Land Parcels, LLC | 20-35423 (DRJ) |

## EXHIBIT 2

### Open Cases

| Name of Reorganized Debtor | Case Number |
|---|---|
| Brookfield Square Joint Venture | 20-35272 (DRJ) |
| CBL & Associates Limited Partnership | 20-35229 (DRJ) |
| CBL & Associates Management, Inc. | 20-35230 (DRJ) |
| CBL Holdings I, Inc. | 20-35227 (DRJ) |
| CBL Holdings II, Inc. | 20-35228 (DRJ) |
| CBL HP Hotel Member, LLC | 20-35275 (DRJ) |
| CBL RM-Waco, LLC | 20-35232 (DRJ) |
| CBL SM-Brownsville, LLC | 20-35233 (DRJ) |
| CBL/Cherryvale I, LLC | 20-35282 (DRJ) |
| CBL/EastGate Mall, LLC | 20-35287 (DRJ) |
| CBL/Fayette I, LLC | 20-35288 (DRJ) |
| CBL/Fayette II, LLC | 20-35295 (DRJ) |
| CBL/Madison I, LLC | 20-35236 (DRJ) |
| CBL/Monroeville Partner, L.P. | 20-35298 (DRJ) |
| CBL/Monroeville Expansion, L.P. | 20-35289 (DRJ) |
| CBL/Monroeville, L.P. | 20-35299 (DRJ) |
| CBL/Parkdale Mall GP, LLC | 20-35305 (DRJ) |
| CBL/Parkdale, LLC | 20-35306 (DRJ) |
| CBL/Richland G.P., LLC | 20-35237 (DRJ) |
| CBL/Sunrise Commons, L.P. | 20-35225 (DRJ) |
| CBL/Sunrise GP, LLC | 20-35238 (DRJ) |
| CBL/Westmoreland I, LLC | 20-35239 (DRJ) |
| CBL/Westmoreland, L.P. | 20-35241 (DRJ) |
| CherryVale Mall, LLC | 20-35242 (DRJ) |
| Coolsprings Crossing Limited Partnership | 20-35322 (DRJ) |
| Cross Creek Anchor S, LP | 20-35325 (DRJ) |
| Eastland Holding I, LLC | 20-35343 (DRJ) |
| Eastland Mall, LLC | 20-35347 (DRJ) |
| Fayette Middle Anchor, LLC | 20-35350 (DRJ) |
| Frontier Mall Associates Limited Partnership | 20-35244 (DRJ) |
| Hamilton Place Anchor S, LLC | 20-35342 (DRJ) |
| Hammock Landing/West Melbourne, LLC | 20-35344 (DRJ) |
| Hanes Mall Parcels, LLC | 20-35346 (DRJ) |
| Harford Mall Business Trust | 20-35349 (DRJ) |
| Henderson Square Limited Partnership | 20-35351 (DRJ) |
| Hixson Mall, LLC | 20-35245 (DRJ) |
| Imperial Valley Commons, L.P. | 20-35357 (DRJ) |
| Imperial Valley Mall II, L.P. | 20-35247 (DRJ) |

| | |
|---|---|
| Imperial Valley Mall, L.P. | 20-35248 (DRJ) |
| Imperial Valley Peripheral L.P. | 20-35358 (DRJ) |
| Jefferson Mall Company II, LLC | 20-35359 (DRJ) |
| JG Gulf Coast Town Center LLC | 20-35360 (DRJ) |
| JG Winston-Salem, LLC | 20-35249 (DRJ) |
| Kirkwood Mall Acquisition LLC | 20-35251 (DRJ) |
| Laurel Park Retail Holding LLC | 20-35362 (DRJ) |
| Layton Hills Mall CMBS, LLC | 20-35252 (DRJ) |
| Madison/East Towne, LLC | 20-35256 (DRJ) |
| Madison/West Towne, LLC | 20-35257 (DRJ) |
| Mall del Norte, LLC | 20-35258 (DRJ) |
| Mayfaire Town Center, LP | 20-35255 (DRJ) |
| Meridian Mall Limited Partnership | 20-35373 (DRJ) |
| Mid Rivers Mall CMBS, LLC | 20-35375 (DRJ) |
| North Charleston Joint Venture II, LLC | 20-35379 (DRJ) |
| Northpark Mall/Joplin, LLC | 20-35384 (DRJ) |
| Parkdale Mall Associates, L.P. | 20-35391 (DRJ) |
| Parkdale Mall, LLC | 20-35394 (DRJ) |
| Parkway Place Limited Partnership | 20-35395 (DRJ) |
| Parkway Place SPE, LLC | 20-35398 (DRJ) |
| Pearland Ground, LLC | 20-35266 (DRJ) |
| Pearland Town Center GP, LLC | 20-35264 (DRJ) |
| Pearland Town Center Limited Partnership | 20-35260 (DRJ) |
| POM-College Station, LLC | 20-35262 (DRJ) |
| South County Shoppingtown LLC | 20-35400 (DRJ) |
| SouthPark Mall, LLC | 20-35413 (DRJ) |
| St. Clair Square SPE, LLC | 20-35421 (DRJ) |
| Stroud Mall, LLC | 20-35405 (DRJ) |
| The Courtyard at Hickory Hollow Limited Partnership | 20-35415 (DRJ) |
| The Landing at Arbor Place II, LLC | 20-35418 (DRJ) |
| The Pavilion at Port Orange, LLC | 20-35420 (DRJ) |
| Turtle Creek Limited Partnership | 20-35263 (DRJ) |
| Valley View Mall SPE, LLC | 20-35424 (DRJ) |
| WestGate Mall Limited Partnership | 20-35411 (DRJ) |
| York Galleria Limited Partnership | 20-35414 (DRJ) |
| Brookfield Square Anchor S, LLC | 21-90014 (DRJ) |