United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| CBL & ASSOCIATES § | Case No. 20-35226 (DRJ) |
| PROPERTIES, INC., *et al.*, § | |
| § | (Jointly Administered) |
| Debtors.[1] § | |
| | (Docket No. 1741) |

## THIRD FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES

Upon the *Reorganized Debtors' Emergency Motion for Entry of Third Final Decree Closing Certain of the Chapter 11 Cases*, dated February 28, 2022 (the "**Motion**"), of CBL & Associates Properties, Inc. and its debtor affiliates in the above-captioned chapter 11 cases (collectively the "**Debtors**", as reorganized, the "**Reorganized Debtors**"), pursuant to section 350(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of final decree (this "**Third Final Decree**") closing certain of the Reorganized Debtors' chapter 11 cases (the "**Closing Debtors**"), all as more fully set forth in the Motion;[2] and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. § 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Reorganized Debtors having provided sufficient notice of the Motion; and the Court having determined that the legal and factual bases set forth in the Motion are in the best interests of the Reorganized Debtors, their estates, and

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at https://dm.epiq11.com/CBLProperties. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

their creditors; and the Court having determined that the Reorganized Debtors have provided due and proper notice of the Motion and no further notice is necessary; and the Court having determined that the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the requested relief herein; and therefore, it is ordered that:

1. Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules, the chapter 11 cases set forth on **Appendix 1** attached hereto are hereby closed as of the date of this order.

2. A docket entry shall be made in each of the Closing Debtors' cases reflecting entry of this Order.

3. The chapter 11 cases of CBL & Associates Properties, Inc. (Case No. 20-35226 (DRJ)) ("**CBL Properties**") and CBL & Associates Management, Inc. (Case No. 20-35230 (DRJ)) ("**CBL Management**" and with CBL Properties, "**CBL**", and such chapter 11 cases, the "**Remaining Cases**") shall remain open pending further order of this Court and from and after the date of entry of this Third Final Decree. All pending and future matters relating to each of the Reorganized Debtors, including objections to Claims, if applicable, shall be administered and heard in the Remaining Cases.

4. All expenses arising from the administration of the Reorganized Debtors' estates and these chapter 11 cases, including, without limitation, Section 1930 Fees, have been paid or will be paid as and when such expenses come due. This Court shall retain jurisdiction to enforce fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

5. Entry of this Third Final Decree (a) is without prejudice to the rights of the Reorganized Debtors or any other party with requisite standing to (i) commence, prosecute and/or resolve any claim or cause of action, or (ii) object to claims filed against any Reorganized Debtor;

(b) is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen these cases for good cause shown pursuant to section 350(b) of the Bankruptcy Code; and (c) shall have no effect whatsoever on any contested or other matters pending before this Court.

6. Entry of this Order is without prejudice to the Reorganized Debtors' rights to seek entry of an order modifying or supplementing the relief granted herein.

7. This Court shall retain jurisdiction over the Reorganized Debtors' chapter 11 cases to the extent permitted under the Plan.

8. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Third Final Decree in accordance with the Motion.

9. Quarterly disbursements for the Remaining Cases will be reported and quarterly fees paid pending the entry of a final decree by this Court closing the Remaining Cases. From and after the date of entry of this Third Final Decree, any payments made pursuant to the Plan on account of claims arising prior to the Effective Date shall be reflected in the Remaining Cases' post-confirmation quarterly reports regardless of which Reorganized Debtor such claims are against.

10. No later than thirty (30) days after the date of entry of this Third Final Decree, the Closing Debtors shall file a post-confirmation report for the first quarter of 2022 through the date of entry of the Third Final Decree and shall serve a true and correct copy of said report on the U.S. Trustee.

11. The Closing Debtors shall pay the appropriate sum of quarterly fees due and payable for the first quarter of 2022 under 28 U.S.C. § 1930(a)(6)(A) and (B) by either (a) remitting payment to the United States Trustee Payment Center, PO Box 6200-19, Portland, OR 97228-

6200, which payment shall reflect the Reorganized Debtors' account numbers and shall be transmitted with a "Chapter 11 Quarterly Fee Payment" coupon available from the U.S. Trustee; or (b) by remitting payment via the pay.gov website: http://www.pay.gov/public/form/start/672415208, using the ten digit case number for each payment, not later than April 30, 2022. The Reorganized Debtors shall furnish evidence of such payment to the U.S. Trustee by email to Waxton, Clarissa (USTP) Clarissa.Waxton@usdoj.gov. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Third Final Decree.

**Signed:  March 23, 2022.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

**Appendix 1**

**Closing Debtors**

| # | Closing Debtor | Case No. |
|---|---|---|
| 1. | CBL/Sunrise Commons, L.P. | 20-35225 |
| 2. | CBL Holdings I, Inc. | 20-35227 |
| 3. | CBL Holdings II, Inc. | 20-35228 |
| 4. | CBL & Associates Limited Partnership | 20-35229 |
| 5. | CBL RM-Waco, LLC | 20-35232 |
| 6. | CBL SM-Brownsville, LLC | 20-35233 |
| 7. | CBL/Kirkwood Mall, LLC | 20-35235 |
| 8. | CBL/Madison I, LLC | 20-35236 |
| 9. | CBL/Richland G.P., LLC | 20-35237 |
| 10. | CBL/Sunrise GP, LLC | 20-35238 |
| 11. | CBL/Westmoreland I, LLC | 20-35239 |
| 12. | CBL/Westmoreland, L.P. | 20-35241 |
| 13. | Cherryvale Mall, LLC | 20-35242 |
| 14. | Frontier Mall Associates Limited Partnership | 20-35244 |
| 15. | Hixson Mall, LLC | 20-35245 |
| 16. | Imperial Valley Mall II, L.P. | 20-35247 |
| 17. | Imperial Valley Mall, L.P. | 20-35248 |
| 18. | JG Winston-Salem, LLC | 20-35249 |
| 19. | Kirkwood Mall Acquisition LLC | 20-35251 |
| 20. | Layton Hills Mall CMBS, LLC | 20-35252 |
| 21. | Mayfaire Town Center, LP | 20-35255 |
| 22. | Madison/East Towne, LLC | 20-35256 |
| 23. | Madison/West Towne, LLC | 20-35257 |
| 24. | Mall del Norte, LLC | 20-35258 |
| 25. | Pearland Town Center Limited Partnership | 20-35260 |
| 26. | POM-College Station, LLC | 20-35262 |
| 27. | Turtle Creek Limited Partnership | 20-35263 |
| 28. | Pearland Town Center GP, LLC | 20-35264 |
| 29. | Pearland Ground, LLC | 20-35266 |
| 30. | Brookfield Square Joint Venture | 20-35272 |
| 31. | CBL HP Hotel Member, LLC | 20-35275 |
| 32. | CBL/Cherryvale I, LLC | 20-35282 |
| 33. | CBL/EastGate Mall, LLC | 20-35287 |
| 34. | CBL/Fayette I, LLC | 20-35288 |
| 35. | CBL/Monroeville Expansion, L.P. | 20-35289 |
| 36. | CBL/Fayette II, LLC | 20-35295 |
| 37. | CBL/Monroeville Partner, L.P. | 20-35298 |
| 38. | CBL/Monroeville, L.P. | 20-35299 |
| 39. | CBL/Parkdale Mall GP, LLC | 20-35305 |
| 40. | CBL/Parkdale, LLC | 20-35306 |

| #   | Closing Debtor | Case No. |
|-----|----------------|----------|
| 41. | Coolsprings Crossing Limited Partnership | 20-35322 |
| 42. | Cross Creek Anchor S, LP | 20-35325 |
| 43. | Hamilton Place Anchor S, LLC | 20-35342 |
| 44. | Eastland Holding I, LLC | 20-35343 |
| 45. | Hammock Landing/West Melbourne, LLC | 20-35344 |
| 46. | Hanes Mall Parcels, LLC | 20-35346 |
| 47. | Eastland Mall, LLC | 20-35347 |
| 48. | Harford Mall Business Trust | 20-35349 |
| 49. | Fayette Middle Anchor, LLC | 20-35350 |
| 50. | Henderson Square Limited Partnership | 20-35351 |
| 51. | Imperial Valley Commons, L.P. | 20-35357 |
| 52. | Imperial Valley Peripheral L.P. | 20-35358 |
| 53. | Jefferson Mall Company II, LLC | 20-35359 |
| 54. | JG Gulf Coast Town Center LLC | 20-35360 |
| 55. | Laurel Park Retail Holding LLC | 20-35362 |
| 56. | Meridian Mall Limited Partnership | 20-35373 |
| 57. | Mid Rivers Mall CMBS, LLC | 20-35375 |
| 58. | North Charleston Joint Venture II, LLC | 20-35379 |
| 59. | Northpark Mall/Joplin, LLC | 20-35384 |
| 60. | Parkdale Mall Associates, L.P. | 20-35391 |
| 61. | Parkdale Mall, LLC | 20-35394 |
| 62. | Parkway Place Limited Partnership | 20-35395 |
| 63. | Parkway Place SPE, LLC | 20-35398 |
| 64. | South County Shoppingtown LLC | 20-35400 |
| 65. | Stroud Mall, LLC | 20-35405 |
| 66. | WestGate Mall Limited Partnership | 20-35411 |
| 67. | Southpark Mall, LLC | 20-35413 |
| 68. | York Galleria Limited Partnership | 20-35414 |
| 69. | The Courtyard at Hickory Hollow Limited Partnership | 20-35415 |
| 70. | The Landing at Arbor Place II, LLC | 20-35418 |
| 71. | The Pavilion at Port Orange, LLC | 20-35420 |
| 72. | St. Clair Square SPE, LLC | 20-35421 |
| 73. | Valley View Mall SPE, LLC | 20-35424 |