# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| | § | Case No. 20-35226 (DRJ) |
| **CBL & ASSOCIATES** | § | |
| **PROPERTIES, INC.,** *et al.*, | § | (Jointly Administered) |
| | § | |
| **Reorganized Debtors.**[1] | § | |
| | § | Ref. Docket No. 1785 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2022, I caused to be served the "Third Final Decree Closing Certain of the Chapter 11 Cases," dated March 2, 2022 [Docket No. 1785], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at https://dm.epiq11.com/CBLProperties. The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Cassandra Murray*
Cassandra Murray

Sworn to before me this
24th day of March, 2022
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A & H MECHANICAL CONTRACTING INC | ATTN CINDY PO BOX 38 COLLINSVILLE IL 62234 |
| ANDERSON, SMITH, NULL & STOFER, L.L.P. | (COUNSEL TO UTAH DEPT. OF TRANSPORTATION) ATTN RICHARD T CHAPMAN 101 W. GOODWIN, STE 700 P.O. BOX 1969 VICTORIA TX 77902 |
| BALLARD SPAHR LLP | (COUNSEL TO ROSS DRESS FOR LESS INC) ATTN DAVID L POLLACK & MICHAEL A DIGIACOMO 1735 MARKET ST, 51ST FL PHILADELPHIA PA 19103-7599 |
| IMPERIAL COUNTY | TREASURER - TAX COLLECTOR ATTN KAREN VOGEL 940 W MAIN ST, STE 106 EL CENTRO CA 92243 |
| INTERNAL REVENUE SERVICES | (CENTRALIZED INSOLVENCY OPERATION) PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | (DEPARTMENT OF THE TREASURY) 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICES | (LOCAL OFFICE) 1100 COMMERCE ST, RM 121 DALLAS TX 75242 |
| JOHNSON POPE BOKOR RUPPEL & BURNS LLP | (COUNSEL TO CHEYENNE PARTNERS ONE LLC) ATTN ANGELINA E LIM, ESQ 401 E JACKSON ST, STE 3100 TAMPA FL 33602 |
| KILMER CROSBY & QUADROS PLLC | (COUNSEL TO STROUD TOWNSHIP VOLUNTEER FIRE COMPANY) ATTN BRIAN A KILMER 712 MAIN ST, STE 1100 HOUSTON TX 77002 |
| KONE INC | ATTN PAULA ROYER PO BOX 3491 CAROL STREAM IL 60132-3491 |
| MILLER-MCCOY INC | ATTN R WAYNE MCCOY 915 CREEKSIDE RD CHATTANOOGA TN 37406 |
| SCHINDLER ELEVATOR CORPORATION | ATTN DAVID O'BRIEN PO BOX 93050 CHICAGO IL 60673-3050 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BDLG 208 E 10TH ST AUSTIN TX 78701 |
| WESTERN WATERPROOFING COMPANY INC | D/B/A WESTERN SPECIALTY CONTRACTORS ATTN JENNIFER BALLENGEE 1637 N. WARSON RD ST LOUIS MO 63132 |

**Total Creditor count  14**

**EXHIBIT B**

CBL Associates Properties, Inc. Case No. 20-35226
Email Master Service List

| Name | Email |
| --- | --- |
| AFL NETWORK SERVICES INC | CAROLYN.PRICE@AFLGLOBAL.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | AQURESHI@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | MSTAMER@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | MLAHAIE@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | KZUZOLO@AKINGUMP.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | MBRIMMAGE@AKINGUMP.COM |
| BAKER, DONELSON, BEARMAN, CALDWELL & | DFERRETTI@BAKERDONELSON.COM |
| BAKER, DONELSON, BEARMAN, CALDWELL & | DFOLDS@BAKERDONELSON.COM |
| BERNSTEIN-BURKLEY, P.C | KEBECK@BERNSTEINLAW.COM |
| BOEN PLUMBING INC. | BOENPLUMBING@SBCGLOBAL.NET |
| BRITE IDEAS CONTRACTING, LLC | JOHNSBRITEIDEAS@GMAIL.COM |
| CCI CONSTRUCTION OF SC INC | CCIDEREK@YAHOO.COM |
| CHAMPIONS REAL ESTATE GROUP LLC | LIN@BELLAIREFOODSTREET.COM |
| CHARLESTON COUNTY | STORMWATER@CHARLESTONCOUNTY.ORG |
| CLARK HILL PLC | DBLAU@CLARKHILL.COM |
| COMMONWEALTH OF PENNSYLVANIA | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| DCO CONSTRUCTION LLC | ECUELLARDESIGNS@YAHOO.COM |
| DELAWARE TRUST COMPANY AS INDENTURE | MICHELLE.DREYER@CSCGFM.COM |
| ERMC LLC | TAMIE.MORGAN@ERMC2.COM |
| FLORIDA BULB & BALLAST INC. | CUSTOMERSERVICE@FLABULB.COM |
| FOX ROTHSCHILD LLP | SKIPNIS@FOXROTHSCHILD.COM |
| FOX ROTHSCHILD LLP | TMONSOUR@FOXROTHSCHILD.COM |
| FOXHILL CONSTRUCTION LLC | JOE@FOXHILLCONSTRUCTION.COM |
| GETTLE INCORPORATED | EBAIR@GETTLE.COM |
| GREENBERG TRAURIG, LLP | HEYENS@GTLAW.COM |
| HACKETT FEINBERG P.C | FFM@BOSTONBUSINESSLAW.COM |
| HAHN LOESER & PAKS LLP | CWICK@HAHNLAW.COM |
| HAYNSWORTH SINKLER BOYD, P.A. | MCASKEY@HSBLAWFIRM.COM |
| HOWLEY LAW PLLC | TOM@HOWLEY-LAW.COM |
| HOWLEY LAW PLLC | ERIC@HOWLEY-LAW.COM |
| HUSCH BLACKWELL LLP | MARK.BENEDICT@HUSCHBLACKWELL.COM |
| JENNMACK GROUP LLC | BRISBANEGROUP99@YAHOO.COM |
| JONES DAY | BROSENBLUM@JONESDAY.COM |
| JONES DAY | CLWILSON@JONESDAY.COM |
| JONES DAY | BPBARRAGATE@JONESDAY.COM |
| JONES DAY | PMGREEN@JONESDAY.COM |
| JONES DAY | MCCORCORAN@JONESDAY.COM |
| JONES LANG LASALLE BROKERAGE INC. | MARTI.JOHNSON@AM.JLL.COM |
| KATTEN MUCHIN ROSEMAN LLP | YELENA.ARCHIYAN@KATTEN.COM |
| KATTEN MUCHIN ROSEMAN LLP | PETER.SIDDIQUI@KATTEN.COM |
| K&L GATES LLP | DAVID.WEITMAN@KLGATES.COM |
| K&L GATES LLP | DANIEL.ELIADES@KLGATES.COM |
| K&L GATES LLP | DAVID.CATUOGNO@KLGATES.COM |
| K&L GATES LLP | TRAVIS.POWERS@KLGATES.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | JONATHAN.YOUNG@LOCKELORD.COM |
| LOCKE LORD LLP | STEPHEN.HUMENIUK@LOCKELORD.COM |
| LOCKE LORD LLP | CHELSEY.ROSENBLOOM@LOCKELORD.COM |
| MADISON COUNTY, ALABAMA | JRICH@MADISONCOUNTYAL.GOV |
| MAYER BROWN LLP | ABERK@MAYERBROWN.COM |
| MAYER BROWN LLP | CDINH@MAYERBROWN.COM |
| MAYER BROWN LLP | CREIMER@MAYERBROWN.COM |

CBL Associates Properties, Inc. Case No. 20-35226
Email Master Service List

| Name | Email |
| --- | --- |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C | TLEDAY@MVBALAW.COM |
| MCDERMOTT WILL & EMERY LLP | CRGIBBS@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | JAGERBER@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | KGOING@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | SALUTKUS@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | GKNIGHT@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | PHAVELES@MWE.COM |
| NAUMAN MECHANICAL INC. | NICOLE@NAUMANINC.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | STEPHEN.STATHAM@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | HECTOR.DURAN.JR@USDOJ.GOV |
| PALMETTO DOOR CONTROLS & GLASS LLC | HEATHER@PALMETTODOORCONTROLS.COM |
| PERDUE, BRANDON,FIELDER,COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| PIEDMONT PROPERTY SERVICES, IN | PPSMATT@NORTHSTATE.NET |
| POLSINELLI PC | SBARLOW@POLSINELLI.COM |
| POLSINELLI PC | LBOYDSTON@POLSINELLI.COM |
| PRYOR CASHMAN LLP | MSILVERMAN@PRYORCASHMAN.COM |
| PRYOR CASHMAN LLP | SLIEBERMAN@PRYORCASHMAN.COM |
| PRYOR CASHMAN LLP | PSIBLEY@PRYORCASHMAN.COM |
| RECYCLING & WASTE SOLUTIONS LLC | NSETTLE@RWSFACILITYSERVICES.COM |
| REED SMITH, L.L.P | KAURZADA@REEDSMITH.COM |
| REED SMITH, L.L.P | DDALCOL@REEDSMITH.COM |
| SCHAUER & SIMANK, P.C | RSIMANK@CCTXLAW.COM |
| SECURAMERICA LLC | TAMIE.MORGAN@ERMC2.COM |
| SECURITIES & EXCHANGE COMMISSION | CHAIRMANOFFICE@SEC.GOV |
| SEYFARTH SHAW LLP | JSOWKA@SEYFARTH.COM |
| SINGER & LEVICK, P.C | MSHRIRO@SINGERLEVICK.COM |
| SOCO DECOR LLC | SOCOSERVICES@YAHOO.COM |
| STRONG PIPKIN BISSELL, LEDYARD LLP | KBATTAGLINI@STRONGPIPKIN.COM |
| SUBWAY REAL ESTATE LLC | FERGUSON_C@SUBWAY.COM |
| THE UNITED STATES ATTORNEYS OFFICE | RICHARD.KINCHELOE@USDOJ.GOV |
| THE WEAVER LAW FIRM | JWU@WEAVERLAWYERS.COM |
| THE WEAVER LAW FIRM | RWEAVER@WEAVERLAWYERS.COM |
| THE WILBERT GROUP | MBRAYKOVICH@THEWILBERTGROUP.COM |
| THOMPSON HINE LLP | SEAN.GORDON@THOMPSONHINE.COM |
| TN DEPT OF TREASURY | STEVE.BUTLER@AG.TN.GOV |
| TRANE U.S.,INC. DBA TRANE | SMSHORE@TRANE.COM |
| TRIMMERS HOLIDAY DECOR | DALE@TRIMMERSHD.COM |
| TROUTMAN PEPPER | MATTHEW.BROOKS@TROUTMAN.COM |
| WHITE & CASE LLP | TLAURIA@WHITECASE.COM |
| WHITE & CASE LLP | MSHEPHERD@WHITECASE.COM |
| WHITE & CASE LLP | BRIAN.PFEIFFER@WHITECASE.COM |
| WHITE & CASE LLP | APARRACRISTE@WHITECASE.COM |
| WHITE & CASE LLP | GKURTZ@WHITECASE.COM |
| WHITE & CASE LLP | AHAMMOND@WHITECASE.COM |
| WILSON, CRIBBS + GOREN, P.C. | BKILPATRICK@WGCLAW.COM |