United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | §  | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CBL & ASSOCIATES MANAGEMENT, INC., | § | Case No. 20-35230 (DRJ) |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| Fed. Tax Id. No.   62-1542279 | § | |

---

## FOURTH FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Upon consideration of the *Certification of Counsel Regarding Fourth Final Decree Closing Chapter 11 Case*, dated May 5, 2022 (the "**Certification of Counsel**"),[1] filed by CBL & Associates Properties, Inc. and its debtor affiliates (collectively, the "**Reorganized Debtors**"), for entry of an order closing the Chapter 11 Case of CBL & Associates Management, Inc. (Case No. 20-35230 (DRJ)) ("**CBL Management**"), all as more fully set forth in the Certification of Counsel; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Chapter 11 Case of CBL Management is hereby closed (the "**Closed Case**"), effective as of the date hereof.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Certification of Counsel or Plan, as applicable.

2. A docket entry shall be made in the Closed Case reflecting entry of this Fourth Final Decree and Order.

3. The remaining Chapter 11 Case of CBL & Associates Properties, Inc. (Case No. 20-35226 (DRJ)) (the "**Open Case**") shall remain open pending entry of a final decree by this Court closing such case.

4. Entry of this Fourth Final Decree and Order is without prejudice to (i) the rights of any Reorganized Debtor or other party in interest to seek to reopen the Closed Case for cause pursuant to section 350(b) of the Bankruptcy Code and (ii) the rights of any Reorganized Debtor or other party in interest to dispute, object to, or resolve any Claim that was filed against the Reorganized Debtor in the Closed Case. Nothing in this Fourth Final Decree and Order shall affect the substantive rights of any party in interest, including the Reorganized Debtor, in the Closed Case.

5. The Fourth Final Decree and Order is solely intended to facilitate the administration of the Closed Case and to avoid the incurrence of U.S. Trustee fees with respect to the Closed Case. The Fourth Final Decree and Order shall not have or be deemed to have any effect whatsoever upon the Open Case or any order of this Court entered therein.

6. All pending and future matters relating to the Reorganized Debtor, including final fee applications and objections to Claims, if applicable, shall be administered and heard in the Open Case.

7. No later than thirty (30) days after the date of entry of this Fourth Final Decree and Order, the Reorganized Debtors will file the appropriate report (the "**Report**") and shall serve a copy of such Report on the U.S. Trustee.

8. Within fifteen (15) days after the filing of the Report, the Reorganized Debtor in the Closed Case shall make a final payment of the appropriate fees due and payable

under 28 U.S.C. § 1930(a)(6)(A) and (B) by remitting payment to the U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200, and shall furnish evidence of such payment to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect such Reorganized Debtor's account number and shall be transmitted with the Report available from the U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

9. Quarterly disbursements for the Open Case shall be reported and quarterly fees shall be paid pending the entry of a final decree by this Court closing the Open Case.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Fourth Final Decree and Order.

**Signed: May 16, 2022.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE