United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-35226** |
| CBL & ASSOCIATES PROPERTIES, INC. | § | **CHAPTER 11** |
| ETAL., | § | **David R. Jones** |
| | § | |
| Debtors. | § | **Jointly Administered** |

**ORDER**
**(Docket No. 1984)**

On this day, the Court convened a hearing to consider the motion for relief from the automatic stay filed by Patricia Ellison. No one appeared on behalf of Ms. Ellison. The motion is problematic for a number of reasons as expressed on the record and in the Debtors' response. Accordingly, it is

**ORDERED THAT**:

1. The motion is denied without prejudice.

**SIGNED: December 22, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**