United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 22, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 20-35226** |
| **CBL & ASSOCIATES PROPERTIES, INC.** | § | **CHAPTER 11** |
| **ETAL.,** | § | **David R. Jones** |
| | § | |
| Debtors. | § | **Jointly Administered** |

**ORDER**
**(Docket No. 1984)**

On this day, the Court convened a hearing to consider the motion for relief from the automatic stay filed by Patricia Ellison.  No one appeared on behalf of Ms. Ellison.  The motion is problematic for a number of reasons as expressed on the record and in the Debtors' response. Accordingly, it is

**ORDERED THAT**:

1.    The motion is denied without prejudice.

**SIGNED: December 22, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                          Case No. 20-35226-drj

CBL & Associates Properties, Inc.                                                               Chapter 11

TN-Land Parcels, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                              User: ADIuser                              Page 1 of 23

Date Rcvd: Dec 22, 2022                    Form ID: pdf002                       Total Noticed: 241

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | APWM, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Akron Mall Land, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Alamance Crossing II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Alamance Crossing, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Arbor Place Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Asheville, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Brookfield Square Anchor S, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Brookfield Square Joint Venture, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Brookfield Square Parcel, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL & Associates Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL & Associates Management, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL & Associates Properties, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6000 |
| db | + | CBL Eagle Point Member, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL HP Hotel Member, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL Holdings I, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL Holdings II, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL RM-Waco, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL SM-Brownsville, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL Statesboro Member, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL Walden Park, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL-840 GC, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Brookfield I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Brookfield II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Cherryvale I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Citadel I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Citadel II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/EastGate I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/EastGate II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/EastGate Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Fayette I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Fayette II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/GP Cary, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/GP II, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6040 |
| db | + | CBL/GP V, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/GP VI, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/GP, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Gulf Coast, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Imperial Valley GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/J I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/J II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Kirkwood Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Madison I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Monroeville Expansion Partner, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |

| | | |
|---|---|---|
| db | + | CBL/Monroeville Expansion, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Monroeville Partner, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Nashua Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Old Hickory I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Old Hickory II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Parkdale Crossing GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Parkdale Crossing, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Parkdale Mall GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Parkdale, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, tn 37421-6038 |
| db | + | CBL/Penn Investments, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Regency I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Richland G.P., LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Sunrise Commons GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Sunrise Commons, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Sunrise GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Sunrise Land, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Sunrise XS Land, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Westmoreland I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Westmoreland II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CBL/Westmoreland, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | CW Joint Venture, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6000 |
| db | + | Charleston Joint Venture, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6000 |
| db | + | Cherryvale Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Coolsprings Crossing Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Cross Creek Anchor S GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Cross Creek Anchor S, LP, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | D'Iberville CBL Land, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Dakota Square Mall CMBS, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Development Options, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Dunite Acquisitions, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | East Towne Parcel I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | EastGate Anchor S, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | EastGate Company, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Eastland Anchor M, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Eastland Holding I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Eastland Holding II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Eastland Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Eastland Member, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Fayette Middle Anchor, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Fayette Plaza CMBS, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Frontier Mall Associates Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | GCTC Peripheral IV, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Gunbarrel Commons, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Hamilton Place Anchor S, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Hammock Landing/West Melbourne, LLC, 2030 Hamilton Place Blvd, CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Hanes Mall Parcels, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Hartford Mall Business Trust, 2030 Hamilton Place Blvd., Suite 500, Chattanooga, TN 37421-6000 |
| db | + | Henderson Square Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Hickory Point Outparcels, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Hixson Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | IV Commons, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | IV Outparcels, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Imperial Valley Commons, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Imperial Valley Mall GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Imperial Valley Mall II, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Imperial Valley Mall, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Imperial Valley Peripheral L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | JG Gulf Coast Town Center LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | JG Winston-Salem, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Jefferson Anchor M, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Jefferson Anchor S, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Jefferson Mall Company II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Kirkwood Mall Acquisition LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |

db    +   Kirkwood Mall Mezz LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   LHM-Utah, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Laredo Outlet Shoppes, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Laurel Park Retail Holding LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Laurel Park Retail Properties LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Layton Hills Mall CMBS, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Lexington Joint Venture, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6000
db    +   MDN/Laredo GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Madison Joint Venture, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6000
db    +   Madison/East Towne, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Madison/West Towne, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Mall del Norte, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Mayfaire GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Mayfaire Town Center, LP, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Meridian Mall Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Mid Rivers Land LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Mid Rivers Mall CMBS, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, tn 37421-6038
db    +   Monroeville Anchor Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, tn 37421-6038
db    +   Montgomery Partners, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Mortgage Holdings, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Multi-GP Holdings, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   North Charleston Joint Venture II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Northgate SAC, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Northpark Mall/Joplin, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Old Hickory Mall Venture, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Old Hickory Mall Venture II, LLC, 2030 Hamilton Place Blvd, CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   POM-College Station, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Parkdale Anchor M, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Parkdale Crossing Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Parkdale Mall Associates, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Parkdale Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Parkway Place Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Parkway Place SPE, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Pearland Ground, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Pearland Town Center GP, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Pearland Town Center Limited Partnership, 2030 Hamilton Place Blvd, CBL Center, Suite 500, Chattanooga, TN 37421-6000
db    +   Pearland-OP Parcel 8, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Port Orange Holdings II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Seacoast Shopping Center Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Shoppes at St. Clair CMBS, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   South County Shoppingtown LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Southaven Town Center, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Southaven Towne Center II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Southpark Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Southpark Mall-DSG, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   St. Clair Square GP I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   St. Clair Square Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   St. Clair Square SPE, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Stroud Mall, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TX 37421-6038
db    +   TN-Land Parcels, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   TX-Land Parcels, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Tenn-GP Holdings, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   The Courtyard at Hickory Hollow Limited Partnershi, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6000
db    +   The Landing at Arbor Place II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   The Pavilion at Port Orange, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Turtle Creek Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Valley View Mall SPE, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Volusia Mall GP, Inc., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Volusia Mall Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Volusia SAC, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   Volusia-OP Peripheral, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   WI-Land Parcels, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038
db    +   West Towne District, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038

| | | |
|---|---|---|
| db | + | WestGate Mall II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | WestGate Mall Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | Westgate Crossing Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | + | York Galleria Limited Partnership, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| aty | + | David John Ward, Michel and Ward PC, 735 Broad Street, Suite, Chattanooga, TN 37402-1804 |
| aty | + | Ed R. Haden, Balch & Bingham LLP, 1901 6th Avenue North, Suite 1500, Birmingham, AL 35203-4642 |
| cr | + | ANMAR CORP, 3128 McLaughlin Ct, Garnet Valley, PA 19060-6860 |
| cr | + | Ad Hoc Group of Noteholders, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | American Electric Power, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Argo Partners, 12 West 37th Street, 9th floor, New York, NY 10018-1381 |
| cr | + | Baltimore Gas and Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Brazoria County Tax Office, c/o Owen M. Sonik, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| cr | + | Cheyenne Partners One, LLC, c/o Angelina E. Lim, Esq., 401 E. Jackson Street, Suite 3100, Tampa, FL 33602-5228 |
| intp | + | Chick-fil-A, Inc., 711 Louisiana Street, Ste. 1850, Houston, TX 77002-2790 |
| cr | + | Commonwealth Edison Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Constellation NewEnergy Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Courtney Jones, Berke Law Firm, P.A., PO Box 101530, Cape Coral, FL 33910, UNITED STATES 33910-1530 |
| cr | + | Cynthia M. Okido, 98-509 Lulu Place, Aiea, HI 96701-2163 |
| cr | + | David I Sommers, 9808 Culver Court, Kensington, MD 20895-3600 |
| cr | + | Deb Secrest, Commonwealth of Pennsylvania, 651 Boas Street Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Delaware Trust Company, solely in its capacity as, Seth H. Lieberman, Pryor Cashman, LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | Emily C. Poladian, 1835 Bronwyn Ct., Brentwood, TN 37027-8160 |
| op | + | Epiq Corporate Restructuring, LLC, 777 3rd Ave, 12th Floor, New York 10017-1302 |
| cr | + | Estate of Cecil Lee Rutherford, 2265 Executive Drive, Lexington, KY 40505, UNITED STATES 40505-4809 |
| cr | + | Fair Harbor Capital, LLC, PO Box 237037, New York, NY 10023, US 10023-0028 |
| cr | + | Florida Power & Light Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Georgia Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Germer PLLC, P.O. Box 4915, Beaumont, TX 77704-4915 |
| cr | + | Good Source Foods, LLC, 1801 E. Bolivar Avenue, St. Francis, WI 53235-5312 |
| cr | + | Imperial County Treasurer - Tax Collector, 940 W. Main St., Suite 106, El Centro, CA 92243-2864 |
| cr | + | Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| cr | + | James Platner, 2400 Lake View Cir, Valley Springs, CA 95252-8363 |
| cr | + | Jeffrey Langford, c/o Hoffman & Saweris, p.c., 2777 Allen Parkway, Suite 1000, Houston, TX 77019-2165 |
| intp | + | Josh C Kopp, von Briesen & Roper, 10 E. Doty Street, Suite 900, Madiosn, WI 53703-3390 |
| intp | # | Joshua Glenn Ewell, 809 S 650 5 #B, Centerville, UT 84014-2531 |
| cr | + | Lorene Miller, c/o Justin M. Luna, Esq., 111 N. Magnolia Ave., Suite 1400, Orlando, FL 32801-2367 |
| intp | + | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |
| cr | + | Metropolitan Edison Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Microsoft Corporation, c/o David Papiez, Fox Rothschild LLP, 1001 4th Ave, Suite 4500 Seattle, WA 98154-1192 |
| cr | + | New York Life Insurance Company, Mayer Brown LLP, 700 Louisiana Street, Suite 3400, Houston, TX 77002-2798 |
| cr | + | Peter B MacIver, 2704 SE 65th Ave, Portland, OR 97206-1202 |
| cr | + | Quality Restaurants Concepts, LLC, c/o Daniel J. Ferretti, 1301 McKinney St., Suite 3700, Houston, TX 77010-3034 |
| cr | + | Richard Cook, 3272 Landover Blvd, Spring Hill, FL 34609-2615 |
| cr | + | Rocio Perkins, c/o Ronald A. Simank, Schauer & Simank, P.C., 615 N. Upper Broadway, Suite 700, Corpus Christi, TX 78401-0857 |
| cr | + | Ronald Boatwright, c/o Hoffman & Saweris, p.c., 2777 Allen Parkway, Suite 1000, Houston, TX 77019-2165 |
| cr | + | Subway Real Estate, LLC, c/o K&L Gates LLP, Attn.: Daniel M. Eliades, One Newark Center, 10th Floor Newark, NJ 07102-5237 |
| intp | + | T-C Midwest REIT, LLC, c/o Seyfarth Shaw LLP, Attn: James B. Sowka, Esq., 233 S Wacker Dr. #8000, Chicago, IL 60606-6448 |
| cr | + | U.S. Bank National Association, Blank Rome LLP, 444 W. Lake Street, #1650, Chicago, IL 60606, UNITED STATES OF AMERICA 60606-0070 |
| | | Utah Department of Transportation, 160 East, 300 South, 5th Floor, Salt Lake City, UT 84114-0857 |
| cr | + | Uvalde County Tax Office, c/o Owen M. Sonik, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| cr | + | Virginia Electric and Power Company d/b/a Dominion, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | West Penn Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Western Waterproofing Company, Inc., Attention Jennifer Ballengee, 1637 N. Warson Road, St. Louis, MO 63132-1027 |
| cr | + | Whole Foods Market Group Inc., c/o Daniel J. Ferretti, Baker Donelson, 1301 McKinney Street, Ste 3700, Houston, TX 77010-3034 |
| intp | + | William Buyak, 2210 Gardenia Way, Lehigh Acres, FL 33936-4333 |

District/off: 0541-4 | User: ADIuser | Page 5 of 23
Date Rcvd: Dec 22, 2022 | Form ID: pdf002 | Total Noticed: 241

| br | + | XCLAIM Inc., 5792 W. Jefferson Blvd, Ste. 1194, Los Angeles, CA 90016-3107 |

TOTAL: 225

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | ^ | MEBN | Dec 22 2022 20:13:18 | CBL/Monroeville Expansion I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | ^ | MEBN | Dec 22 2022 20:13:20 | CBL/Monroeville Expansion II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | ^ | MEBN | Dec 22 2022 20:13:18 | CBL/Monroeville Expansion III, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | ^ | MEBN | Dec 22 2022 20:13:21 | CBL/Monroeville I, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | ^ | MEBN | Dec 22 2022 20:13:19 | CBL/Monroeville II, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | ^ | MEBN | Dec 22 2022 20:13:20 | CBL/Monroeville III, LLC, 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| db | ^ | MEBN | Dec 22 2022 20:13:19 | CBL/Monroeville, L.P., 2030 Hamilton Place Blvd., CBL Center, Suite 500, Chattanooga, TN 37421-6038 |
| cr | + | Email/Text: tleday@mvbalaw.com | Dec 22 2022 20:18:00 | Brazos County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: tleday@mvbalaw.com | Dec 22 2022 20:18:00 | City of Waco, et al., Texas, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 22 2022 20:18:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2022 20:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Dec 22 2022 20:18:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 22 2022 20:18:00 | City Of El Paso, 112 E. Pecan St. Ste 2200, San Antonio, TX 78205 |
| cr | + | Email/Text: mariano.s.siseles@gsk.com | Dec 22 2022 20:18:00 | Mariano Siseles, 3128 McLaughlin Ct, Garnet Valley, PA 19060-6860 |
| cr | + | Email/Text: AGBankAGO@ag.tn.gov | Dec 22 2022 20:18:00 | TN Dept of Treasury, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | | Email/Text: tleday@mvbalaw.com | Dec 22 2022 20:18:00 | Texas Taxing Authorities, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0541-4 | User: ADIuser | Page 6 of 23
Date Rcvd: Dec 22, 2022 | Form ID: pdf002 | Total Noticed: 241

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | J. Albert Kroemer |
| cr | | ATC Indoor DAS LLC |
| op | | AlixPartners, LLP |
| cr | | Associated Bank, National Association |
| op | | Balch & Bingham LLP |
| cr | | Brad D Lenkin |
| cr | | CFBank, National Association |
| cr | | Cameron County |
| intp | | Canyon Capital Advisors LLC |
| cr | | Chattanooga Business Machines |
| cr | | CineMark USA, Inc. |
| intp | | Cristina I Riberio |
| cr | | D'Iberville Promenade LLC |
| aud | | Deloitte & Touche LLP |
| cr | | Dollar Tree Stores, Inc. and Family Dollar Stores, |
| cr | | Duke Energy Carolinas, LLC |
| cr | | Duke Energy Ohio, Inc. |
| cr | | Duke Energy Progress, LLC |
| cr | | ERMC, LLC |
| stkhld | | Gebre-Michael Manna |
| cr | | Granite Telecommunications, LLC |
| intp | | Jeffrey M Gellman |
| cr | | JoAnn Stores LLC |
| op | | John A. Kroemer |
| cr | | Judith D. Cole |
| intp | | Justin F. Weisenbacher |
| cr | | Madison County, Alabama |
| cr | | Marsha Linehan |
| intp | | Matthew Page |
| cr | | McDonald's Corporation |
| cr | | McLennan County |
| cr | | Migdalia Rodriguez |
| cr | | Newburgh/Six Mile Limited Partnership II |
| intp | | Oaktree Capital Management, L.P. |
| crcm | | Official Committee of Unsecured Creditors |
| cr | | Patricia Ellison |
| cr | | Patrick Clark |
| cr | | Piedmont Natural Gas Company, Inc. |
| intp | | Red Robin International, Inc. |
| cr | | Robert Kratschmer |
| intp | | Roman Morozov |
| cr | | Ross Dress for Less, Inc. |
| intp | | Securities Plaintiffs |
| cr | | Sheena Mancini |
| cr | | Stroud Township Volunteer Fire Company |
| intp | | TJX Companies, Inc., Marmaxx Operating Corp., an |
| intp | | Talen Energy Marketing, LLC |
| cr | | The Buckle, Inc. |
| cr | | Wells Fargo Bank, N.A. |
| cr | | Western Specialty Contractors |
| intp | | Yves Courcy |
| aty | *+ | McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664 |

TOTAL: 51 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0541-4                      User: ADIuser                          Page 7 of 23
Date Rcvd: Dec 22, 2022                   Form ID: pdf002                        Total Noticed: 241

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander F Berk | on behalf of Creditor New York Life Insurance Company aberk@mayerbrown.com  courtnotification@mayerbrown.com |
| Alfredo R Perez | on behalf of Debtor West Towne District  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor CBL/Monroeville Partner  L.P. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor York Galleria Limited Partnership alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Southaven Town Center  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Imperial Valley Mall GP  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor CBL/Gulf Coast  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Arbor Place Limited Partnership alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor North Charleston Joint Venture II  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Hickory Point Outparcels  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor JG Winston-Salem  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor CBL/Fayette II  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Debtor Jefferson Anchor M  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |

Alfredo R Perez

on behalf of Debtor CBL & Associates Properties  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Mid Rivers Land LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville I  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/GP  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Fayette I  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Jefferson Mall Company II  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor IV Commons  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Regency I  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/GP II  Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor St. Clair Square SPE  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/EastGate II  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Parkdale Mall GP  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Harford Mall Business Trust alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/J II  LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Westgate Crossing Limited Partnership alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor St. Clair Square Limited Partnership alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Sunrise Commons  L.P. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL SM-Brownsville  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Asheville  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Gunbarrel Commons  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor MDN/Laredo GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Old Hickory I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Kirkwood Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Westmoreland  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Turtle Creek Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Eastland Member  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL-840 GC  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Eastland Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Henderson Square Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Monroeville Anchor Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Eastland Holding I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Southaven Towne Center II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Penn Investments  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo

@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Hixson Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Eastland Anchor M  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Laurel Park Retail Holding LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Shoppes at St. Clair CMBS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville Expansion Partner  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Pearland Town Center GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor WI-Land Parcels  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Port Orange Holdings II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Madison/West Towne  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Citadel I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Pearland Town Center Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Cherryvale Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Volusia Mall GP  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor TN-Land Parcels  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor LHM-Utah  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/EastGate Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor APWM  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville Expansion III  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Valley View Mall SPE  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Parkway Place Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Mortgage Holdings  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL Eagle Point Member  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/GP V  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Richland G.P.  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Alamance Crossing  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor The Courtyard at Hickory Hollow Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Layton Hills Mall CMBS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Southpark Mall-DSG  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Multi-GP Holdings  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Hamilton Place Anchor S  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Montgomery Partners  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Kirkwood Mall Mezz LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Laredo Outlet Shoppes  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Westmoreland II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor EastGate Anchor S  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Brookfield Square Joint Venture alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL Statesboro Member  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/GP Cary  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Citadel II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Frontier Mall Associates Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Imperial Valley GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Parkdale Crossing  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Hammock Landing/West Melbourne  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL Walden Park  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Dunite Acquisitions  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Madison I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Brookfield Square Anchor S  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Madison Joint Venture  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/GP VI  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo

District/off: 0541-4

Date Rcvd: Dec 22, 2022

User: ADIuser

Form ID: pdf002

Page 13 of 23

Total Noticed: 241

@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Old Hickory Mall Venture II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Old Hickory II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor JG Gulf Coast Town Center LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor The Pavilion at Port Orange  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Tenn-GP Holdings  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Brookfield I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Pearland-OP Parcel 8  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Mall del Norte  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fayette Plaza CMBS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Parkdale Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Mayfaire Town Center  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor WestGate Mall II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor WestGate Mall Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Laurel Park Retail Properties LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CW Joint Venture  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Parkdale Anchor M  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Jefferson Anchor S  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor East Towne Parcel I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Stroud Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor The Landing at Arbor Place II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Imperial Valley Mall  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Northgate SAC  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Parkdale  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Akron Mall Land  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor EastGate Company alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Parkdale Crossing Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor South County Shoppingtown LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Hanes Mall Parcels  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Imperial Valley Peripheral L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Sunrise Land  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Parkdale Mall Associates  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Cherryvale I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Westmoreland I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

District/off: 0541-4
Date Rcvd: Dec 22, 2022

User: ADIuser
Form ID: pdf002

Page 15 of 23
Total Noticed: 241

Alfredo R Perez

on behalf of Debtor CBL/Monroeville Expansion II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Charleston Joint Venture alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Fayette Middle Anchor  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Northpark Mall/Joplin  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville Expansion I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Plaintiff CBL & Associates Properties  Inc., et al. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Brookfield II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Mid Rivers Mall CMBS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Southpark Mall  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/J I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Parkway Place SPE  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Imperial Valley Commons  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Pearland Ground  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Old Hickory Mall Venture alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Volusia-OP Peripheral  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor IV Outparcels  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Nashua Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo

@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Lexington Joint Venture alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Madison/East Towne  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor POM-College Station  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL HP Hotel Member  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Brookfield Square Parcel  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville III  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Cross Creek Anchor S  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL & Associates Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Kirkwood Mall Acquisition LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Monroeville Expansion  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Cross Creek Anchor S GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL RM-Waco  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Imperial Valley Mall II  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor St. Clair Square GP I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Coolsprings Crossing Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor GCTC Peripheral IV  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Seacoast Shopping Center Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor TX-Land Parcels  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Eastland Holding II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Sunrise Commons GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor D'Iberville CBL Land  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Dakota Square Mall CMBS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Parkdale Crossing GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL Holdings I  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Meridian Mall Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/EastGate I  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Alamance Crossing II  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Development Options  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL Holdings II  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Sunrise XS Land  L.P. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Volusia SAC  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor Volusia Mall Limited Partnership alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez

on behalf of Debtor CBL/Sunrise GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor Mayfaire GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez
    on behalf of Debtor CBL & Associates Management  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo
@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Angelina Engeng Lim
    on behalf of Creditor Cheyenne Partners One  LLC angelinal@jpfirm.com, MinervaG@jpfirm.com

Benjamin Rosenblum
    on behalf of Defendant Wells Fargo Bank  National Association brosenblum@jonesday.com

Benjamin Rosenblum
    on behalf of Creditor Wells Fargo Bank  N.A. brosenblum@jonesday.com

Bill Berke
    on behalf of Creditor Courtney Jones berkelaw@yahoo.com

Brian A Kilmer
    on behalf of Creditor Stroud Township Volunteer Fire Company Brian.Kilmer@KLGates.com  bkilmer@ecf.courtdrive.com

Brian B. Kilpatrick
    on behalf of Interested Party Justin F. Weisenbacher bkilpatrick@wcglaw.com  tlawrence@wcglaw.com

Buffey E Klein
    on behalf of Debtor CBL & Associates Properties  Inc. buffey.klein@huschblackwell.com,
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;docket.dal@huschblackwell.com

C Lee Wilson
    on behalf of Creditor Wells Fargo Bank  N.A. clwilson@jonesday.com

C Lee Wilson
    on behalf of Defendant Wells Fargo Bank  National Association clwilson@jonesday.com

Caleb T Holzaepfel
    on behalf of Debtor CBL & Associates Properties  Inc. caleb.holzaepfel@huschblackwell.com, serena.hill@huschblackwell.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of CBL & Associates Properties  Inc., et al.
crgibbs@mwe.com, dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Charles R Gibbs
    on behalf of Attorney McDermott Will & Emery LLP crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Cindy M Dinh
    on behalf of Creditor New York Life Insurance Company cdinh@mayerbrown.com
hou-docket@mayerbrown.com;joymorgan@mayerbrown.com

Craig E Reimer
    on behalf of Creditor New York Life Insurance Company creimer@mayerbrown.com  courtnotification@mayerbrown.com

Daena G. Ramsey
    on behalf of Attorney J. Albert Kroemer dramsey@shieldslegal.com  dmendoza@shieldslegal.com

Daena G. Ramsey
    on behalf of Other Prof. John A. Kroemer dramsey@shieldslegal.com  dmendoza@shieldslegal.com

Daniel J Ferretti
    on behalf of Creditor Whole Foods Market Group Inc. dferretti@bakerdonelson.com  ghardeway@bakerdonelson.com

Daniel J Ferretti
    on behalf of Creditor Quality Restaurants Concepts  LLC dferretti@bakerdonelson.com, ghardeway@bakerdonelson.com

David Weitman
    on behalf of Creditor Duke Energy Ohio  Inc. david.weitman@klgates.com

David Weitman
    on behalf of Creditor Duke Energy Progress  LLC david.weitman@klgates.com

David Weitman
    on behalf of Creditor Piedmont Natural Gas Company  Inc. david.weitman@klgates.com

David Weitman
    on behalf of Creditor Duke Energy Carolinas  LLC david.weitman@klgates.com

David A. Mawhinney
on behalf of Creditor Granite Telecommunications LLC dmawhinney@bowditch.com

David Michael Blau
on behalf of Creditor Newburgh/Six Mile Limited Partnership II dblau@clarkhill.com

David S Catuogno
on behalf of Creditor Subway Real Estate LLC david.catuogno@klgates.com,
caitlin.conklin@klgates.com;travis.powers@klgates.com

Devan Joan Dal Col
on behalf of Creditor Ross Dress for Less Inc. ddalcol@reedsmith.com

Diane Wade Sanders
on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Don Stecker
on behalf of Creditor City Of El Paso sanantonio.bankruptcy@lgbs.com

Eric Michael English
on behalf of Interested Party TJX Companies Inc., Marmaxx Operating Corp., and HomeGoods, Inc. eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Frank F McGinn
on behalf of Creditor Iron Mountain Information Management Inc. ffm@bostonbusinesslaw.com

H Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee 11 Hector.Duran.Jr@usdoj.gov

Ira L Herman
on behalf of Creditor U.S. Bank National Association iherman@blankrome.com nybankruptcydocketing@blankrome.com

James B Sowka
on behalf of Interested Party T-C Midwest REIT LLC jsowka@seyfarth.com

Jeremy L Retherford
on behalf of Defendant CBL-D'Iberville Member LLC jretherford@balch.com

Jeremy L Retherford
on behalf of Plaintiff CBL & Associates Properties Inc. jretherford@balch.com

Jeremy L Retherford
on behalf of Defendant CBL & Associates Management Inc. jretherford@balch.com

Jeremy L Retherford
on behalf of Plaintiff CBL & Associates Management Inc. jretherford@balch.com

Jeremy L Retherford
on behalf of Plaintiff CBL Holdings I Inc. jretherford@balch.com

Jeremy L Retherford
on behalf of Plaintiff CBL & Associates L.P. jretherford@balch.com

John Polzer
on behalf of Attorney J. Albert Kroemer jspolzer@duanemorris.com mvmorris@duanemorris.com

John David Folds
on behalf of Creditor Quality Restaurants Concepts LLC dfolds@bakerdonelson.com, sparson@bakerdonelson.com

John Jeffery Rich
on behalf of Creditor Madison County Alabama jrich@madisoncountyal.gov

John P Dillman
on behalf of Creditor Harris County et al. houston_bankruptcy@publicans.com

John P Dillman
on behalf of Creditor McLennan County houston_bankruptcy@publicans.com

John P Dillman
on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com

John P Dillman
on behalf of Creditor Cameron County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor City Of El Paso houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Dallas County houston_bankruptcy@publicans.com

Jonathan William Wu
    on behalf of Creditor Robert Kratschmer jwu@weaverlawyers.com

Joshua W. Wolfshohl
    on behalf of Interested Party Securities Plaintiffs jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
    on behalf of Interested Party Talen Energy Marketing  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Justin M Luna
    on behalf of Creditor Lorene Miller jluna@lathamluna.com  lvanderweide@lathamluna.com;9764000420@filings.docketbird.com

Karen Renee Bennett
    on behalf of Creditor Germer PLLC krbennett@germer.com  kristyr@germer.com

Keith Miles Aurzada
    on behalf of Creditor McDonald's Corporation kaurzada@reedsmith.com
anixon@reedsmith.com;srhea@reedsmith.com;lrobin@reedsmith.com

Keri P Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P Ebeck
    on behalf of Creditor Patricia Ellison kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kiernan McAlpine
    on behalf of Creditor Estate of Cecil Lee Rutherford kiernan.mcalpine@gmail.com  e-service@daspitlaw.com

Kiernan McAlpine
    on behalf of Creditor Richard Cook kiernan.mcalpine@gmail.com  e-service@daspitlaw.com

Kim Bernard Battaglini
    on behalf of Creditor D'Iberville Promenade LLC kbattaglini@strongpipkin.com

Kim Bernard Battaglini
    on behalf of Defendant D'Iberville Promenade  LLC kbattaglini@strongpipkin.com

Leslie Blake Rasner
    on behalf of Creditor The Buckle  Inc. brasner@haleyolson.com, dserenil@haleyolson.com

Lewis Conrad Anderson, IV
    on behalf of Defendant CBL-D'Iberville Member  LLC canderson@balch.com

Lewis Conrad Anderson, IV
    on behalf of Plaintiff CBL & Associates Properties  Inc. canderson@balch.com

Lewis Conrad Anderson, IV
    on behalf of Plaintiff CBL & Associates Management  Inc. canderson@balch.com

Lewis Conrad Anderson, IV
    on behalf of Plaintiff CBL Holdings I  Inc. canderson@balch.com

Lewis Conrad Anderson, IV
    on behalf of Plaintiff CBL & Associates L.P. canderson@balch.com

Lewis Conrad Anderson, IV
    on behalf of Defendant CBL & Associates Management  Inc. canderson@balch.com

Marty L Brimmage
    on behalf of Creditor Ad Hoc Group of Noteholders mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Marty L Brimmage
    on behalf of Interested Party Ad Hoc Noteholder Group mbrimmage@akingump.com
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com

Matthew Hoffman
    on behalf of Creditor Jeffrey Langford mhecf@aol.com

Matthew Hoffman
    on behalf of Creditor Ronald Boatwright mhecf@aol.com

Matthew C. Corcoran
    on behalf of Defendant Wells Fargo Bank  National Association mccorcoran@jonesday.com

District/off: 0541-4
Date Rcvd: Dec 22, 2022

User: ADIuser
Form ID: pdf002

Page 21 of 23
Total Noticed: 241

Matthew C. Corcoran
on behalf of Creditor Wells Fargo Bank  N.A. mccorcoran@jonesday.com

Michael A DiGiacomo
on behalf of Creditor Ross Dress for Less  Inc. digiacomom@ballardspahr.com,
Pollack@ballardspahr.com;PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com

Michael D Rubenstein
on behalf of Creditor JoAnn Stores LLC mdrubenstein@liskow.com  lschnabel@Liskow.com

Michael P Cooley
on behalf of Creditor Ross Dress for Less  Inc. mpcooley@reedsmith.com, Anixon@reedsmith.com;srhea@reedsmith.com

Michael Paul Taunton
on behalf of Defendant CBL & Associates Management  Inc. mtaunton@balch.com

Michael Paul Taunton
on behalf of Plaintiff CBL Holdings I  Inc. mtaunton@balch.com

Michael Paul Taunton
on behalf of Defendant CBL-D'Iberville Member  LLC mtaunton@balch.com

Michael Paul Taunton
on behalf of Plaintiff CBL & Associates Management  Inc. mtaunton@balch.com

Michael Paul Taunton
on behalf of Plaintiff CBL & Associates Properties  Inc. mtaunton@balch.com

Michael Paul Taunton
on behalf of Plaintiff CBL & Associates L.P. mtaunton@balch.com

Michelle E Shriro
on behalf of Creditor CineMark USA  Inc. mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Owen Mark Sonik
on behalf of Creditor Brazoria County Tax Office osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
on behalf of Creditor Uvalde County Tax Office osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Paige B Tinkham
on behalf of Creditor U.S. Bank National Association paige.tinkham@blankrome.com  gfaulkner@blankrome.com

Paul M Green
on behalf of Creditor Wells Fargo Bank  N.A. pmgreen@jonesday.com, sgreenberg@jonesday.com

Paul M Green
on behalf of Defendant Wells Fargo Bank  National Association pmgreen@jonesday.com, sgreenberg@jonesday.com

Rachel Thompson Kubanda
on behalf of Debtor CBL & Associates Management  Inc. rachel.kubanda@keanmiller.com,
kskelton@balch.com;michelle.friery@keanmiller.com;mack.wilson@keanmiller.com;vanessa.gonzalez@keanmiller.com

Rachel Thompson Kubanda
on behalf of Debtor CBL Holdings I  Inc. rachel.kubanda@keanmiller.com,
kskelton@balch.com;michelle.friery@keanmiller.com;mack.wilson@keanmiller.com;vanessa.gonzalez@keanmiller.com

Rachel Thompson Kubanda
on behalf of Debtor CBL & Associates Properties  Inc. rachel.kubanda@keanmiller.com,
kskelton@balch.com;michelle.friery@keanmiller.com;mack.wilson@keanmiller.com;vanessa.gonzalez@keanmiller.com

Rachel Thompson Kubanda
on behalf of Debtor CBL & Associates Limited Partnership rachel.kubanda@keanmiller.com
kskelton@balch.com;michelle.friery@keanmiller.com;mack.wilson@keanmiller.com;vanessa.gonzalez@keanmiller.com

Richard T Chapman, Jr
on behalf of Creditor Utah Department of Transportation rchapman@andersonsmith.com  lawfirm2@andersonsmith.com

Robert P Harris
on behalf of Creditor Good Source Foods  LLC robert.harris@quarles.com, sybil.aytch@quarles.com

Ronald A Simank
on behalf of Creditor Rocio Perkins rsimank@cctxlaw.com

Savanna Lee Barlow
on behalf of Interested Party Red Robin International  Inc. sbarlow@polsinelli.com, krusselburg@polsinelli.com

Scott N Schaeffer
on behalf of Creditor CFBank  National Association scott@ksrlegal.com

Sean A. Gordon
on behalf of Creditor ERMC  LLC Sean.Gordon@ThompsonHine.com, ECFDocket@thompsonhine.com

Shari L Heyen
    on behalf of Creditor Delaware Trust Company  solely in its capacity as Indenture Trustee heyens@gtlaw.com,
jamrokg@gtlaw.com

Stephen D Coffin
    on behalf of Creditor Sheena Mancini scoffin@tsblc.com

Stephen Douglas Statham
    on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk
    on behalf of Creditor ATC Indoor DAS LLC Stephen.humeniuk@lockelord.com
molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Stephen R. Butler
    on behalf of Creditor TN Dept of Treasury agbanktexas@ag.tn.gov

Susan C Mathews
    on behalf of Creditor Quality Restaurants Concepts  LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Susan W Tolbert
    on behalf of Creditor Migdalia Rodriguez stolbert@forthepeople.com

Tara LeDay
    on behalf of Creditor Brazos County tara.leday@chamberlainlaw.com
tara.leday@mvbalaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;ba
nkruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com

Tara LeDay
    on behalf of Creditor City of Waco  et al., Texas tara.leday@chamberlainlaw.com,
tara.leday@mvbalaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;ba
nkruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com

Tara LeDay
    on behalf of Creditor Texas Taxing Authorities tara.leday@chamberlainlaw.com
tara.leday@mvbalaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;ba
nkruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com

Thomas A Howley
    on behalf of Interested Party Chick-fil-A  Inc. tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas E Lauria
    on behalf of Interested Party Oaktree Capital Management  L.P. tlauria@whitecase.com,
tmacwright@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;azatz@whitecase.com;laura.grai@whitecase.com;meli
ssa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.com;neto.waite@whitecase.com;avenes@white

Thomas E Lauria
    on behalf of Interested Party Canyon Capital Advisors LLC tlauria@whitecase.com
tmacwright@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;azatz@whitecase.com;laura.grai@whitecase.com;meli
ssa.dejoie@whitecase.com;camron.dowlatshahi@whitecase.com;neto.waite@whitecase.com;avenes@white

Trey A Monsour
    on behalf of Creditor Microsoft Corporation tmonsour@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com

Trey A Monsour
    on behalf of Creditor Argo Partners tmonsour@foxrothschild.com  rsolomon@foxrothschild.com;msteen@foxrothschild.com

Trey A Monsour
    on behalf of Creditor Dollar Tree Stores  Inc. and Family Dollar Stores, Inc. tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;msteen@foxrothschild.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Weldon Leslie Moore, III
    on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
    on behalf of Creditor Metropolitan Edison Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
    on behalf of Creditor Baltimore Gas and Electric Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
    on behalf of Creditor West Penn Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
    on behalf of Creditor Constellation NewEnergy Inc. wmoore@csmlaw.net

District/off: 0541-4

Date Rcvd: Dec 22, 2022

User: ADIuser

Form ID: pdf002

Page 23 of 23

Total Noticed: 241

prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Georgia Power Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor American Electric Power wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Florida Power & Light Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Yelena Archiyan

on behalf of Creditor Associated Bank  National Association yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Debtor CBL & Associates Properties  Inc. yelena.archiyan@katten.com

TOTAL: 312