United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CBL & ASSOCIATES PROPERTIES, INC., et al., | § § § | Case No. 20-35226 (DRJ) |
| Debtors. | § § § § | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING PROOF OF CLAIM
FILED BY TALEN ENERGY MARKETING, LLC**
(Relates to Doc. No. 1713 and Claim No. 20537)

This Stipulation and Agreed Order (the "Stipulation") is entered into by and between the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") and Talen Energy Marketing, LLC ("Talen" and together with the Reorganized Debtors, the "Parties").

The Parties hereby stipulation and agree as follows:

WHEREAS, on March 24, 2021, Talen filed Proof of Claim No. 20537, asserting a general unsecured claim in the amount of $404,532.27 (the "Claim");

WHEREAS, on August 11, 2021, the Bankruptcy Court entered its Proposed Findings of Fact, Conclusions of Law, and Order (I) Confirming Third Amended Joint Chapter 11 Plan of CBL & Associates Properties, Inc. and its Affiliated Debtors and (II) Granting Related Relief (Doc. No. 1397) (the "Confirmation Order") confirming the plan attached thereto as Exhibit A (the "Plan");

WHEREAS, on November 1, 2021 (the "Effective Date"), the Effective Date of the Plan occurred (Doc. No. 1545);

WHEREAS, on January 24, 2022, the Debtors filed their Ninth Omnibus Objection to Certain Proofs of Claim (No Liability Claims) (the "Objection") which included Talen's Claim (Doc. No. 1713);

1

WHEREAS, on April 27, 2022, Talen filed its Response in Opposition to Ninth Omnibus Objection to Certain Proofs of Claim (No Liability Claims) (Doc. No. 1846);

WHEREAS, on May 23, 2022 filed its Reply in Support of the Objection (Doc. 1878);

WHEREAS, the Parties have been working diligently to reconcile the Claim and have negotiated in good faith to resolve on the terms and conditions set forth in this Stipulation and Order;

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated into this Stipulation and Order, the Parties hereby stipulate and agree, and it is hereby ORDERED that:

1. Upon the Bankruptcy Court's approval and entry of this Stipulation and Order, the Reorganized Debtors shall allow the Claim pursuant to the Plan as a Class 7 General Unsecured Claim in the total amount of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) (the "Allowed Claim").

2. Reorganized Debtors shall submit the Allowed Claim for distribution in accordance with the Plan as soon as reasonably possible following the Court's approval of this Stipulation and Agreed Order.

3. This Stipulation and Agreed Order shall be binding upon the Parties' successors, agents, assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties.

4. Such distribution on account of the Allowed Claim pursuant to the Plan shall be final and complete satisfaction of the Claim and such Claim shall be forever discharged.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Agreed Order, and the Parties hereby

consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Agreed Order.

**IT IS SO ORDERED.**

Signed: March 06, 2023.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**STIPULATED AND AGREED TO BY:**

**PORTER HEDGES LLP**

*/s/ Aaron J. Power, by permission*
Joshua W. Wolfshohl (TX 24038592)
Aaron J. Power (TX 24058058)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6695
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
apower@porterhedges.com

**COUNSEL FOR TALEN ENERGY MARKETING, LLC**

and

**HUSCH BLACKWELL LLP**

*/s/ Buffey E. Klein*
Buffey E. Klein
Texas State Bar No. 24032515
1900 N. Pearl, Suite 1800
Dallas, TX 75201
(214) 999-6100
(214) 999-6170 (fax)
buffey.klein@huschblackwell.com

**COUNSEL FOR DEBTORS**