IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CBL & ASSOCIATES PROPERTIES, INC., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 20-35226 (DRJ)<br><br>(Jointly Administered)<br><br>**Related to: Dkt. No. 1328, 1344, 1369, 1371, 1981** |

## STIPULATION AND ORDER BETWEEN DEBTORS AND IRON MOUNTAIN INFORMATION MANAGEMENT, LLC REGARDING PROOF OF CLAIM NUMBER 20844 AND PROOF OF CLAIM NUMBER 20847

This stipulation and order (the "Stipulation and Order") is entered into by and between (i) Iron Mountain Information Management, LLC ("Iron Mountain"), and (ii) CBL & Associates Properties, Inc. and its debtor affiliates in the above captioned chapter 11 cases (collectively, the "Debtors", and together with Iron Mountain, the "Parties"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, prior to the Petition Date, on October 16, 2007, Debtor CBL & Associates Management, Inc. and Iron Mountain entered into that certain *Customer Agreement* (the "IM Agreement") whereby Iron Mountain agreed to, among other things, store certain documents of Debtors in exchange for monetary compensation.

**WHEREAS,** on November 1, 2020, and continuing on November 2, 2020, the Debtors each filed a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/CBLProperties. The Debtors' service address for the purposes of these chapter 11 cases is 2030 Hamilton Place Blvd., Suite 500, Chattanooga, Tennessee 37421.

HB: 4864-5688-0207.1

Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court") commencing these jointly administered chapter 11 cases (the "Chapter 11 Cases").

**WHEREAS,** on November 3, 2020, the Court entered orders [Docket Nos. 96, 102–119] authorizing procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b).

**WHEREAS**, on November 1, 2021, Iron Mountain filed proof of claim in the Debtors' Chapter 11 Cases as Claim Number 20844 (the "Claim Number 20844").

**WHEREAS**, on November 16, 2021, Iron Mountain filed proof of claim in the Debtors' Chapter 11 Cases as Claim Number 20847 (the "Claim Number 20847, and collectively with Claim Number 20844, the "Claims").

**WHEREAS,** on May 25, 2021, Debtors filed their *Third Amended Chapter 11 Plan of Reorganization* [Docket No. 1369] (the "Plan").

**WHEREAS,** pursuant to the terms of the Notice Order, on July 14, 2021, Debtors filed its *Notice of Filing of Cure Amounts* [Docket No. 1317] and its *Amended Notice of Cure Amounts with Respect to Certain Executory Contracts and Unexpired Leases of Debtors* [Docket No. 1371] (collectively, the "Cure Notice").

**WHEREAS**, on August 11, 2021, the Court entered its *Proposed Findings of Fact, Conclusions of Law, and Order (I) Confirming Third Amended Joint Chapter 11 Plan of CBL & Associates Properties, Inc. and its Affiliated Debtors and (II) Granting Related Relief* [Dkt. No. 1397] (the "Confirmation Order").

**WHEREAS**, the Plan went effective on or about November 1, 2021, and Debtors emerged from bankruptcy at such time.

2

**WHEREAS**, on January 25, 2023, Debtors filed that certain *Debtors' Objection to Proof of Claim Number 20844 and Proof of Claim Number 20847* [Dkt. No. 2002] (the "Claim Objection").

**WHEREAS**, the Parties have entered into a post-Effective Date contract (the "New Agreement") that went into effect on January 1, 2023.

**NOW, THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation and Order, the Parties hereby stipulate and agree as follows:

1. Pursuant to the terms of the Plan and Confirmation Order, the Agreement hereby deemed assumed by the Debtors pursuant to 11 U.S.C. § 365(a) as of the Effective Date and remains enforceable under its own terms pursuant to applicable law.

2. Reorganized Debtors shall remit $70,534.50 to Iron Mountain for services rendered under the Agreement through December 31, 2022 (the "Payment") within twenty-one (21) business days following this Order becoming final.

3. The Payment shall be in complete satisfaction and release of any claims, liabilities, and/or cures that the Parties might hold or raise arising from or related to the Agreement.

4. Each of the Parties' rights are reserved in regard to payments, claims, obligations, and defenses related to the New Agreement and nothing herein shall alter anything agreed to by the Parties thereunder.

5. Upon the Court's approval and entry of this Stipulation and Order, CBL's Claim Objection shall be deemed withdrawn.

6. Upon the Court's approval and entry of this Stipulation and Order, the Claims shall be deemed withdrawn as moot due to Debtors' assumption of the Lease.

7. This Stipulation and Order is and shall be binding on the Parties and their successors and assigns, including bankruptcy trustees and estate representatives. This Stipulation and Order shall not be modified, altered, amended or supplemented except by a writing executed by all Parties through their authorized representatives.

8. The terms and conditions of this Stipulation and Order shall be immediately effective and enforceable upon entry by the Court.

9. The Court shall retain jurisdiction over all matters related to this Stipulation and Order.

**IT IS SO ORDERED.**

Signed:  March 10, 2023.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

HB: 4864-5688-0207.1

IN WITNESS WHEREOF, this Stipulation and Order has been executed and delivered as of the day and year first below written.

Dated: February 8, 2023

| | |
|---|---|
| /s/Jacqueline M. Price | /s/ Caleb T. Holzaepfel |
| **HACKETT FEINBERG P.C.** | **HUSCH BLACKWELL LLP** |
| Frank F. McGinn | Buffey E. Klein |
| Jacqueline M. Price | Texas State Bar No. 24032515 |
| 155 Federal Street, 9th Floor | Caleb T. Holzaepfel |
| Boston, MA 02110 | Admitted *Pro Hac Vice* |
| (617) 422-0200 | 1900 N. Pearl, Suite 1800 |
| (617) 422-0383 (fax) | Dallas, TX 75201 |
| ffm@bostonbusinesslaw.com | (214) 999-6100 |
| jmp@bostonbusinesslaw.com | (214) 999-6170 (fax) |
| | buffey.klein@huschblackwell.com |
| | caleb.holzaepfel@huschblackwell.com |
| *Attorneys for Iron Mountain Information Management, LLC* | *Attorneys for CBL & Associates Management, Inc.* |

HB: 4864-5688-0207.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                 /s/*Caleb T. Holzaepfel*