UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 20-35226 (DRJ) |
| CBL & Associates Properties, Inc., et al.,[1] ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| _____ ) | |

## WITHDRAWAL OF MOTION OF PATRICIA ELLISON FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362

**TO THE HONORABLE BANKRUPTCY JUDGE:**

1. The undersigned, who has offices at 601 Grant Street, 9th Floor Pittsburgh, PA 15219, is the attorney for Patricia Ellison and is authorized to Withdraw the Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. 362 on behalf of the Creditor.

2. Therefore, Patricia Ellison withdraws this Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. 362 as the final decree was entered on April 19, 2023, retroactive to December 31, 2022.

                                              Respectfully submitted,

                                              BERNSTEIN-BURKLEY, P.C.

                                              By: /s/ Keri P. Ebeck
                                              Keri P. Ebeck SBN 91298 (Admitted in SDTX)
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              601 Grant Street, 9th Floor
                                              Pittsburgh, PA 15219
                                              412-456-8112
                                              Fax: (412) 456-8120

                                              Counsel for Patricia Ellison

Dated: May 9, 2023

_____

### CERTIFICATE OF SERVICE OF THE WITHDRAWAL OF MOTION OF PATRICIA ELLISON FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362

I hereby certify that on May 9, 2023, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties hereto.

By: /s/ Keri P. Ebeck
Keri P. Ebeck SBN 91298 (Admitted in SDTX)
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120